ROBERT TRENT,               §
    Plaintiff,            §
                  §   **Case 5:25-cv-00176-H-BV**
v.                         §
                  §
CAPELLA UNIVERSITY, LLC,    §
    Defendant.            §

# APPENDIX TO PLAINTIFF'S FIRST SET OF
# REQUESTS FOR ADMISSION

*(Excludes Exhibits B, C, S, T, U, and W,*

*which were filed by Defendant as part of its*

*Appendix in Support of Motion to Dismiss, Doc. 22)*

# TABLE OF CONTENTS

**Exhibit A** — Corrective Action Form dated 05/28/2024 produced from Plaintiff's official personnel file (unsigned, no employee comments)

**Exhibit D** — Photograph of Microsoft Teams message from Director R.T. Taylor dated 03/12/2025

**Exhibit E** — SIDES Employer Response filed with Texas Workforce Commission dated 04/09/2025

**Exhibit F** — Behavioral Performance Coach (BPC) Assessment by Lindsey Nielsen of Plaintiff's 02/05/2025 call

**Exhibit G** — Email chain dated 02/10–11/2025 regarding Plaintiff's written objection to misattributed quotes in BPC review

**Exhibit H** — Team meeting transcript dated 02/12/2025 containing statements by Monile Bell-Maalaelu

**Exhibit I** — Screenshot of Capella University webpage titled "What counts as academic engagement"

**Exhibit J** — Email from learner Mike Klein dated 02/17/2025 regarding non-engagement warning despite professor contact

**Exhibit K** — Email chain between Plaintiff and Academic Faculty Director Darleen Barnard dated 12/12/2024 through 01/13/2025 regarding grade discrepancy

**Exhibit L** — Microsoft Teams screenshots dated 02/10/2025 showing Colin Hanzel's statements regarding refund policy removal

**Exhibit M** — Email chain dated 11/01–12/2024 regarding denial of Special Credit Request (SCR) for Hurricane Helene-affected learner

**Exhibit N** — Email chain dated 12/18–20/2024 regarding Terry Lyn Bishop SCR, including Plaintiff's written fraud objection

**Exhibit O** — Screenshot of Capella University's FlexPath Translated Transcript webpage stating it is "an unofficial document"

**Exhibit P** — Email from Jana Johns, Program Coordinator, U.S. Army Graduate Program in Anesthesia Nursing (Baylor University), dated 02/10/2025

**Exhibit Q** — Email from Federal Student Aid confirming receipt of Plaintiff's complaint, Case #27063670, dated 02/07/2025

**Exhibit R** — Email from U.S. Department of Education dated 03/07/2025 confirming forwarding of complaint for review

**Exhibit V** — Academic Coach Job Description in effect during Plaintiff's employment

**Exhibit X** — Call Review prepared by Supervisor Dee Olsen regarding Plaintiff's 02/05/2025 call

# EXHIBIT A

Corrective Action Form dated 05/28/2024 produced from Plaintiff's official personnel file (unsigned, no employee comments)

TRENT_000003

 **CORRECTIVE ACTION FORM**

**Employee Name: Robert Trent**                                      **Date:  5/28/2024**

**Position:**              Academic Coach              **Department/Campus: Capella**

**Leader:**         Caitlin McHugh

| Type of Warning: | ☐Written Warning | ☒ Final Written Warning |
|---|---|---|

**PREVIOUS WARNINGS** :

- 5-14-24: concern with speaking rudely to and abruptly hanging up on learner
- 5-20-24:  concern with rude and unprofessional communication with learner via email

**DESCRIPTION OF ISSUE(s):**

**Unprofessional communication with learners:**

On 5/14/2024, we reviewed and discussed a call in which you communicated rudely with a learner and then hung up on them. At Capella University, we strive to maintain Inclusive Teamwork by treating others, both learners and internal partners, with dignity, respect and kindness. We must maintain professional communication at all times and not abruptly end calls with learners.

On 5/20/2024, you were forwarded an email that you sent to a learner in which you also used rude and unprofessional language. In addition to treating others with dignity and respect, we also expect that our staff use good judgment in their communications with learners and in their problem-solving.

As we previously discussed, the content and tone of these communication to these two learners is not in alignment with Capella's expectations of staff conduct. We expect all academic coaches to respond to all learners professionally, with empathy and courtesy, and to display good judgment.

**EXPECTATIONS FOR IMPROVEMENT**

Moving forward, the expectation is that you use professional and courteous communication with learners at all times. SEI's expectation is that we treat others with dignity, respect, and kindness. We also expect that we use good judgment to identify and resolve issues.

 **CORRECTIVE ACTION FORM**

**SUMMARY**

The role expectation for all academic coaches is that we communicate professionally, courteously and respectfully with our learners at all times. Any further incidents of the same or similar behaviors, policy



times. SEI's expectation is that we treat others with dignity, respect, and kindness. We also expect that we use good judgment to identify and resolve issues.

 **CORRECTIVE ACTION FORM**

**SUMMARY**

The role expectation for all academic coaches is that we communicate professionally, courteously and respectfully with our learners at all times. Any further incidents of the same or similar behaviors, policy violation, or evidence of poor judgement will result in further disciplinary action up to and including termination of employment.

**EMPLOYEE SIGNATURE:**

You may choose to add and/or attach written comments which will be kept in your employee file. By signing this CAF, you acknowledge that you have received this warning and understand a copy of this warning will be placed in your SEI employee file.

X _____
Employee Name

**EMPLOYEE COMMENTS:** *(optional)*

DocuSign Envelope ID: 5CAB84FE-5E46-4FEF-9CDC-7A08B8E7E2C7



strategiced.my.salesforce.com

# EXHIBIT D

Photograph of Microsoft Teams message from Director R.T. Taylor dated 03/12/2025

TRENT_000006



...r who is never easy. When we are surrounded by awesome people and one leaves for something just as good, try to
remember that there are still awesome people around you, that care and will help. Take some time. Dee is incredibly caring,
deeply committed and a wise soul. I'll bet you will find some nice commonalities.
👍

---
**Last read**

Today

**Taylor, RT** 9:26 AM

Hey everyone-based on our recent decision with Dee's other employee, should we reconsider our approach to S.D. on her
team too?

**Taylor, RT** 10:01 AM

Would like to grab you for an update meeting, did you see my invite?

**Taylor, RT** 10:11 AM

Sounds like you have an appointment at 10:15, I will adjust and move us out to 11:30. I will talk with you then.

10:16 AM

sorry RT i just assumed that message wasnt for me, can you explain what is going on ?

**Taylor, RT** 10:25 AM

I'm setting up a connect for us so we can discuss updates for you. Let's meet at 11:30. I will see you then.

Actually, my meeting just changed, I will set us up to chat after your learner appointment, 10:45

Type a message

TRENT_000007

# EXHIBIT E

SIDES Employer Response filed with Texas Workforce Commission dated 04/09/2025

TRENT_000008



**Benefits - Non-Monetary Determinations** 07-18-25
**Employer Response To Notice Of Application For UI Benefits** 14:17:09

Action:                                        Updt: 04-09-25 SYS
███████████ ROBERT TRENT          PGM: REG  Claim ID: 03-23-25__
Claim Date: 03-23-25  Claim Type: IC

Employer: ████████  CAPELLA UNIVERSITY INC
Correct Last Employer: Y
Monetarily Eligible: Y
EDI: Y

Notice Sent: 03-28-25
Due: 04-11-25
Claimant Separation Reason: FD  FIRED
Attachment: N
Responded: 04-09-25  UI SIDES Amended Response: N
Employer Separation Reason: FD  FIRED          Recall Date: _____ _
TWC Action: R   ROUTE ONLY

Current Investigator: ███  ████████
F1=Hp **2=DtrAd** 3=Ex 4=Mn 5=Navig          9=Tg **10=RspTy**      12=Pr
CMD:                    ─────────────────────────────
**No action performed**

**Benefits - Non-Monetary Determinations** 07-18-25
**Employment Information** 14:17:44
Action: ██████████  Response type: **UI SIDES**
██████████  Confirmation No:
Date range worked: 08-28-23 Thru: 03-12-25
Gross wages earned:     0.00

Additional Payment (Y/N) N     Paid thru: _____
Paid vacation days (Y/N) N     Paid thru: _____

Responder's Name: _____  TWC Account: ████████
Responder's Title: **Hearings Clerk**_____  Phone:( ___ ) -____ ____
Contact Person: **ANDY STEED**          Phone:( **800** ) **829-1510** ____
       ---- Additional Information Regarding Separation ----

_____
_____
_____
_____
_____
F1=Hp        3=Ex 4=Mn                     9=Tg          12=Pr
CMD: ████████████████████████████████████████████████

**Benefits - Non-Monetary Determinations**  07-18-25
**SIDES Employer Response to Ntc of Appl For UI Benefits**  14:18:03

Action: _                                          Updt: 04-09-25 Bro
          ROBERT TRENT          PGM: REG  Claim Id: 03-23-25__
Claim Dt: 03-23-25  Type: IC  Employer:          CAPELLA UNIVERSITY INC

                    Attachment: **N**
              Amended Response:
       Amended Response Reason: _

                   Notice Sent: **03-28-25**
                  Empr Rsp Due: **04-11-25**
     Claimant Separation Reason: **FD    FIRED**
                 Empr Responded: **04-09-25**
     Employer Separation Reason: **FD    Fired/Discharged**

                    TWC Action: **R    ROUTE ONLY**
            Current Investigator:

F1=Hp      3=Ex 4=Mn 5=NMER         **7=S1** 8=S2 9=Tg 10=Left  11=Right 12=Pr
**CMD:**
                                          **displayed successfully**

**Benefits - Non-Monetary Determinations**  07-18-25
     **SIDES Employment Information**  14:18:08

                                          Updt: 04-09-25 Bro
          ROBERT TRENT          PGM: REG  Claim Id: 03-23-25__
Claim Dt: 03-23-25  Type: IC  Employer:          CAPELLA UNIVERSITY INC

Claimant Information:            Employer Information:

Other SSN:                       Corrected Empr Name:
Other Name:                      Corrected Empr Acct:         _
Was this seasonal employment:    Corrected Empr FEIN:
Last Day of Work: **03-12-25** Did claimant become separated on last day worked **Y**
Claimant's average weekly wage: **0.00**          Total Weeks Worked:
Total Wages Earned: **0.00**
Total Wages Earned After Claim Date: **0.00**
Receiving Workers' Compensation:    Hours Worked After Claim Date:
Is employer a Temporary Agency and was claimant working a temp assignment?
Do you believe this is a fraudulent claim?    First Day of Work: **08-28-23**
Reason:                   Fraud Comments:             _
Was the claimant a 1099 or contract employee?
F1=Hp      3=Ex 4=Mn 5=NMER         **7=S1** 8=S2 9=Tg 10=Left  11=Right 12=Pr
**CMD:**
**Scrolling performed.**

**Benefits - Non-Monetary Determinations**           07-18-25
**SIDES General Separation Information**              14:18:10

                                         Updt: 04-09-25 Bro
         ROBERT TRENT              PGM: REG  Claim Id: 03-23-25__
Claim Dt: 03-23-25  Type: IC  Employer:          CAPELLA UNIVERSITY INC

Reason for Separation: **Fired/Discharged**
Separation Date: **03-12-25**                Strike or Lockout:
Reasonable assurance of returning to work:   Return to work date:
Do you know the date the claimant is returning to work?
If hours were reduced, who reduced the claimant hours?
If still working, is claimant working all available hours:
If NO, why isn't claimant working all available hours?

Additional Information:                                    _

Preparer/Company Name: **ADP**                         _       **T**
Preparer/Contact Name: **ANDY STEED**
Title:              _     Phone: **(800) 829-1510** Ext:      Fax: **( )** -
Email: **andy.steed@equifax.com**
F1=Hp       3=Ex 4=Mn 5=NMER        **7=S1** 8=S2 9=Tg 10=Left  11=Right 12=Pr
CMD:
**Scrolling performed.**

          **Benefits - Non-Monetary Determinations**           07-18-25
          **SIDES Employer Response / Discharge Information**   14:18:14

Action:        _                         Updt: 04-09-25 Bro
          ROBERT TRENT              PGM: REG  Claim Id: 03-23-25__
Claim Dt: 03-23-25  Type: IC  Employer:          CAPELLA UNIVERSITY INC

Separation Information
Reason for discharge or suspension: **Not Qualified**
Final Incident: **Details not available.**

Final Incident Date: **03-12-25**                         _
Company Policy Violated: **Y**
If YES, was claimant made aware of policy or unacceptable behavior that led to
discharge/suspension? : **Y**
How was the claimant informed? **Both**
Person Who Discharged Claimant: **Ann Schneider**
Title: **Sr. HR Business Partner**
Additional Information: **The claimant was discharged for unsatisfactory**
  **work performance.| If you have no additional comments, please leave** _ **more**

F1=Hp       3=Ex 4=Mn 5=NMER        **7=S1** 8=S2 9=Tg 10=Left  11=Right 12=Pr
CMD:
**Scrolling performed.**

```
                    Benefits - Non-Monetary Determinations      07-18-25
                 SIDES Employer Response / Discharge Information  14:18:14

Action:  +--------------------------------------------------------------+ Bro
SSN:  ▮  |                              Total Lines: 7               |  __
Claim Dt |    The claimant was discharged for unsatisfactory work    |
         |    performance.|  If you have no additional comments, please |
Separati |    leave this field blank. Additional comments. The employee |
Reason f |    did not meet performance and conduct expectations for their |
Final In |    role.  We are not contesting their unemployment claim.  The |
         |    state can decide based on the information we are providing |
Final In |    now.                                                   |
Company  |                                                           |
If YES,  |                                                           |  to
discharg |                                                           |
How was  |                                                           |
Person W |          F3=Ex                        7=Up  8=Dn          |
Title: S +--------------------------------------------------------------+
Additional Information:  The claimant was discharged for unsatisfactory
  work performance.|  If you have no additional comments, please leave   t more

F1=Hp       3=Ex 4=Mn 5=NMER        7=S1 8=S2 9=Tg 10=Left  11=Right 12=Pr
CMD:
```

TRENT_000012

# EXHIBIT F

Behavioral Performance Coach (BPC) Assessment by Lindsey Nielsen of Plaintiff's 02/05/2025 call

# 1. Quality Standards Violations

The **WFH Policy states that Academic Coaches must:**

- *"Empower learners to think proactively about their programs and equip them with the necessary tools and resources to provide a smooth and positive learner experience."*
- *"Consistently strive to practice transformational coaching methods to help learners reshape reality, get to the root of the issue, and support finding the way forward."*
- *"Provide timely, accurate information to learners and teach them to be self-sufficient."*
- *Build value in the learner/coach experience and work towards being a trusted partner."*

**Where Robert Missed Expectations:**

- **Did not empower the learner**—Instead of guiding them through problem-solving, he **reinforced their frustration** and left them feeling helpless.
- **Did not use transformational coaching techniques**—Rather than **helping the learner reshape their experience**, he **validated their complaints without offering solutions**.
- **Provided discouraging and inaccurate information**—By stating *"Not much can be done"* and *"This is just how business school is"*, Robert **misrepresented** the university's expectations and available solutions.
- **Failed to build value in the coaching experience**—His **tone and statements** made the learner question whether coaching (and even the university) was valuable at all.

**What Robert Should Have Done Instead:**

- **Guide the learner in self-advocacy**—Provide steps for escalating concerns about faculty engagement.
- **Offer specific, actionable next steps**—Identify ways to improve communication with professors or leverage internal resources.
- **Reaffirm the value of coaching and the program**—Frame challenges as **growth opportunities** rather than inevitable roadblocks.

# 2. Performance Expectations Violations

The **WFH Policy states that Academic Coaches must:**

- *"Get the right things done."*

- *"Understand the value of speed."*
- *"Provide timely, accurate information."*

**Where Robert Missed Expectations:**

- **Did not get the right things done**—Instead of focusing on **problem-solving**, he **engaged in long-winded, unhelpful discussions** about systemic issues.
- **Failed to provide timely and accurate information**—He **discouraged** the learner from expecting meaningful support rather than directing them to actionable resources.
- **Misused valuable coaching time**—Much of the conversation was spent on **personal opinions and negative commentary** instead of focused coaching.

**What Robert Should Have Done Instead:**

- **Prioritize efficiency and solutions**—Quickly identify the **learner's goal for the call** and **deliver solutions within the coaching scope**.
- **Provide accurate and helpful information**—Rather than saying *"I don't know what the university is getting paid for"*, **explain the coaching role and available academic support.**
- **Stay on task**—Keep the conversation **learner-focused and outcome-driven**.

# 3. SLAs & Communication Expectations Violations

The **WFH Policy states that Academic Coaches must:**

- *"Support each learner as though they are your own."*
- *"Communicate necessary information to their primary coach."*
- *"We are one team and support each other."*

**Where Robert Missed Expectations:**

- **Did not support the learner as if they were his own.**
  - His **defensive responses** and **lack of encouragement** created a **disengaging experience**.
- **Did not act as a team player.**
  - Instead of **offering constructive coaching**, he **criticized the university**, undermining both the coaching team and Capella as an institution.

**What Robert Should Have Done Instead:**

- **Provide direct next steps and escalation paths**—Inform the learner **who to contact** and **how to advocate for clearer feedback**.

- **Support the broader coaching team**—Maintain professionalism and **avoid undermining the academic experience**.

# 4. Role Expectations & Professionalism Violations

The **WFH Policy states that Academic Coaches must:**

- *"Have integrity and demand high standards for themselves and their teams."*
- *"Support the learner experience in a way that builds long-term trust."*

**Where Robert Missed Expectations:**

- **Lacked integrity in how he represented the university**—By **making dismissive, cynical remarks**, he **damaged the university's credibility**.
- **Failed to demand high standards**—Instead of **modeling professionalism and effective coaching**, he **lowered expectations and discouraged the learner**.
- **Did not build trust**—The learner **left the call feeling more discouraged**, questioning both **faculty engagement** and the **value of academic coaching**.

**What Robert Should Have Done Instead:**

- **Uphold the integrity of the institution**—Frame challenges in a way that allows the learner to **engage proactively** rather than disengage.
- **Model high standards**—Demonstrate **effective coaching techniques**, showing the learner how to **advocate for their education rather than feel powerless**.
- **Build trust through solution-oriented coaching**—Instead of saying *"It is what it is"*, **offer pathways forward that reaffirm the value of coaching and academic advising**.

# EXHIBIT G

Email chain dated 02/10–11/2025 regarding Plaintiff's written objection to misattributed quotes in BPC review

TRENT_000017

 **Outlook**

---

## RE: BPC Call review

**From** Olsen, Dee <Deanna.Olsen@Capella.edu>

**Date** Tue 2/11/2025 12:10 PM

**To** Taylor, RT <RT.Taylor@Capella.edu>; Trent, Robert <Robert.Trent@Capella.edu>

**Cc** SEI HR – People Operations <HumanResources@Strategiced.com>

---

Good morning, Robert,

Thank you for your responses. I have also read RT's response. I apologize for not getting back to you sooner.

1. Why HR involvement?
   a. It is my responsibility as an Associate Manager to uphold the Academic Coach Work From Home requirements and the APA – Code of Ethics "Do no harm," for all coaches on our team to maintain a standard of excellence and positivity for our learners.
   b. In regards to coaching prior to this call being sent to HR: you have been offered multiple coaching opportunities over the last year specifically related to call quality including Advanced Coaching support, peer coaching, and 1:1 with AM's precluding this phone call.

2. Your perception of the call.
   a. I understand your perspective. I hear that you were trying to empathize with this learner. However, there were several damaging aspects of this call that require BPC and HR intervention as outlined for you in my call review and Lindsey Nielsen's call review.

We are awaiting Human Resources feedback. Once received I will reach out to you with a follow up.

Thank you,
Dee Olsen
Associate Manager

---

**From:** Taylor, RT <RT.Taylor@Capella.edu>
**Sent:** Monday, February 10, 2025 5:10 PM
**To:** Trent, Robert <Robert.Trent@Capella.edu>
**Cc:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Subject:** RE: BPC Call review

Due to previous communication CAF situations, we are looking for guidance and support from HR in this overall situation.  Dee coached with you last week, when you two worked through the call together. Additionally, we received a triggered survey complaint from the learner and the BPC was tasked with listening also.

To your second question, I'm uncertain of the ask and don't understand the context of what you are asking.  I have listened to the call and unfortunately have serious concerns about the details, tone, content and approach.  I understand that you believe your approach was to provide reality and challenge to the learner, I believe there were better and more appropriate ways to do this.

**RT Taylor** | **Director, Academic Advising** | Capella.edu

225 South 6th Street, Minneapolis, MN  55402

Email: rt.taylor@capella.edu

TRENT_000018



**From:** Trent, Robert <Robert.Trent@Capella.edu>
**Sent:** Monday, February 10, 2025 4:17 PM
**To:** Taylor, RT <RT.Taylor@Capella.edu>
**Subject:** RE: BPC Call review

Thanks for the reply RT,

I want to ensure I'm aligned with expectations moving forward
Given the discussion so far, can you confirm whether this matter is being handled as coaching feedback or formal disciplinary action?

Additionally I would appreciate clarification on how factual inaccuracies in the BPC review and in Dee's call review such as misattributed quotes and statements are typically handled. I want to make sure any future discussions reflect accurate information.

Thank you for your  time

> **Robert Trent, B.S.** | He/Him
> **Academic Coach**
> Email: robert.trent@capella.edu
> Phone: 888-695-0346
> Schedule an Appointment
> Text: 1-833-941-3023 or Opt In To Text


At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

**From:** Taylor, RT <RT.Taylor@Capella.edu>
**Sent:** Monday, February 10, 2025 3:55 PM
**To:** Trent, Robert <Robert.Trent@Capella.edu>; Olsen, Dee <Deanna.Olsen@Capella.edu>
**Subject:** RE: BPC Call review

I am monitoring and reading your emails Robert.  Thank you for providing your perspective.  You outline a number of details within your emails that indicate your feelings on conflicts in approach, policy and expectations.  To begin with, one question you have raised is why we moved to HR for guidance in this matter.  I will address that one for Dee.  Based on previous instances of communication concerns and gaps, it was imperative that we loop HR into the experience.  We have coached to tone, information, emotion and effectiveness on more than one occasion.  HR is our business partner and a group we need to gain perspective from in matters like this.

Reading through your other bullet points.  I can understand what you have written but I have also spent time listening to the call, I do find that there is a candidness that you provided but at the same time, the experience, the exchange and the overall outcome was detrimental to the learner and the overall perception the learner has with Capella.  We have no problem with coaches providing realistic and challenge to our learners but we expect that the conversation is constructive for the learner at the same time.  I know Dee had to leave early due to some health issues, we will wait to hear from HR and make sure we keep you in the loop.

Thank you again for your communication and your thoughts.

RT

**RT Taylor** | Director, Academic Advising | [Capella.edu](Capella.edu)

225 South 6th Street, Minneapolis, MN 55402

Email: [rt.taylor@capella.edu](rt.taylor@capella.edu)



---

**From:** Trent, Robert <[Robert.Trent@Capella.edu](Robert.Trent@Capella.edu)>
**Sent:** Monday, February 10, 2025 3:46 PM
**To:** Olsen, Dee <[Deanna.Olsen@Capella.edu](Deanna.Olsen@Capella.edu)>
**Cc:** Taylor, RT <[RT.Taylor@Capella.edu](RT.Taylor@Capella.edu)>
**Subject:** RE: BPC Call review

Hi Dee, I know that you are OOO so I wanted to CC RT to this email.

I am committed to improving my coaching techniques where needed, but I believe this assessment mischaracterizes both my approach and the nature of the interaction. I welcome the opportunity to discuss specific, evidence-based feedback for professional development. All my actions were in alignment with the WFH policy's core mandate to provide honest, effective support to our learners. However, it remains unclear why this warranted a report to HR prior to any coaching or consultation with me, as specified in our standard procedures.

I need to address several inaccuracies here:

First, regarding transformational coaching techniques: The assessment overlooks that effective transformational coaching requires establishing rapport before implementing change strategies. The transcript shows I acknowledged the learner's current perspective while guiding them to evaluate their academic success against their core goals—a fundamental transformational coaching approach.

Second, concerning the coaching experience: The transcript demonstrates that the learner entered the conversation expressing frustration about missed appointments and faculty responsiveness. My approach followed standard coaching protocols for engaging with learners who arrive with established negative perceptions.

Third, regarding escalation steps: The learner explicitly stated, *"I'm really not looking for help with the content. I'm looking for help with what should I be expecting from Professor."* They had already pursued standard escalation paths—including two faculty emails, coach contact, and a graduate assistant team referral. Additional procedural guidance would have been redundant.

**Most concerning is the assessment's misattribution of quotes. The statement *"I don't know what the university is getting paid for"* was made by the learner, not by me. This factual error raises questions about the thoroughness and fairness of the review conducted by the BPC team.**

Furthermore, the assessment claims that my remarks damaged the university's reputation, but this mischaracterizes the intent of my comments. During the conversation, I noted that many of our faculty come from public institutions before transitioning to our private university. My goal was to help the learner understand how differences in institutional culture—such as variations in faculty expectations, student support models, and communication norms—can impact their experience. Rather than being cynical or dismissive, this was an effort to contextualize the challenges they were facing and provide a broader perspective on systemic issues in higher education. Acknowledging these realities does not undermine the university; rather, it equips learners with a more informed approach to navigating their academic journey.

If Capella maintains that its academic standards are rigorous and that it employs highly qualified faculty, then faculty communication styles should be regarded as intentional pedagogical choices aligned with graduate-level expectations. However, if these same communication patterns are a recurring source of frustration for learners, as the recording indicates, then the appropriate proximal response should be to address the learner's unrealistic expectations, and the distal response should be institutional improvement efforts—both of which I undertook by logging complaints and advising this student.

The BPC assessment critiques my coaching approach while simultaneously disregarding this fundamental contradiction. If recognizing a legitimate learner concern is considered undermining the university, then this suggests a misalignment between institutional messaging and actual learner experiences—one that should be addressed at a systemic level rather than through selective punishment of a coach.

**Robert Trent, B.S.** | He/Him
**Academic Coach**
Email: robert.trent@capella.edu
Phone: 888-695-0346
Schedule an Appointment
Text: 1-833-941-3023 or Opt In To Text



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

---

**From:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Sent:** Monday, February 10, 2025 11:49 AM
**To:** Trent, Robert <Robert.Trent@Capella.edu>
**Subject:** BPC Call review

Robert,

Unbeknownst to me, Lindsey Nielson, BPC did a call review of the call we discussed last Friday today. She sent it to me this morning. I have attached it to this email for your review. This may be helpful in understanding why the call was sent to HR. I do not have an update from HR yet. I should hear from them within the next 1-2 days. I would like to reschedule our 1:1 so that we can have a discussion after I hear from HR. Let me know if you have any questions.

Thank you!

**Dee Olsen M.S.**│ Pronouns: she/her
**Associate Manager**
Email: Deanna.Olsen@capella.edu
Phone: 888.221.5840
Text: 833.941.3023





[Advising Homepage](#)
[Diversity Mission Statement](#)

Please allow 1-2 business days for a response or call if you need immediate support.

TRENT_000022

# EXHIBIT H

Team meeting transcript dated 02/12/2025 containing statements by Monile Bell-Maalaelu

TRENT_000023

[Tiffany Kirkpatrick] 14:03:58 I can if you want to work mine in April. [Tony Pitzen] 14:04:01 Yeah, why not? What day is it already done? [Tiffany Kirkpatrick] 14:04:05 Give me one second and I will let you know. [Tony Pitzen] 14:04:08 Okay. [Kaylie Sidey] 14:04:10 April 26th. [Tiffany Kirkpatrick] 14:04:10 It took me. [Deanna Olsen] 14:04:13 Look at this teamwork in action. Wow. [Janice Knight] 14:04:18 Always. [Deanna Olsen] 14:04:19 Yeah. [Tony Pitzen] 14:04:36 Hey, D, how do we do comp days? Do I set my whole day is busy and then send a second reminder as free to the team. [Deanna Olsen] 14:04:46 Yeah, that would be great, Tony. Thank you. [Tony Pitzen] 14:04:49 Yeah. [Deanna Olsen] 14:04:53 Hey, are we all here? [Tiffany Kirkpatrick] 14:04:54 Is there something we have to do to swap, Tony? Okay. [Tony Pitzen] 14:04:57 I'll email par. Thank you again. [Tiffany Kirkpatrick] 14:05:01 Uh huh. [Deanna Olsen] 14:05:14 Okay, we're going to go ahead and get started. Let's see. Today we have… Okay, so today Janice is going to do a complaint refresher for us. Yay. [Deanna Olsen] 14:05:29 And then I just had a couple of walk-on items i wanted to just briefly touch on our new instructor communication document and Also, we've had a few situations come up with R2-T4s and break requests so Just wanted to bring it up, see if we could talk about it for a few minutes. [Deanna Olsen] 14:05:51 Does anybody have any walk-on items that they would like to bring up? [Deanna Olsen] 14:06:04 Alrighty then. Janice, did you want to go first? Okay. [Janice Knight] 14:06:07 No, you can. Mine won't take that long. So. [Deanna Olsen] 14:06:10 Okay, okay. I recently sent out the uh Instructor communication and grading SLA document. [Deanna Olsen] 14:06:22 I just wanted to ask how it's going, if there's any confusion, any questions around it, if you've been using it. [Deanna Olsen] 14:06:29 And how it's been just how it's been going with it. [Morgan Jeffley (He/Him)] 14:06:34 I'm currently going through a situation with two learners in regards to the same professor. [Morgan Jeffley (He/Him)] 14:06:41 The director got back with me and let me know that it's being taken care of, quote unquote, but she's reached out to him multiple times. [Morgan Jeffley (He/Him)] 14:06:49 It still is waiting on a response. I just got an email today from a learner asking me for a follow-up. [Morgan Jeffley (He/Him)] 14:06:56 But I'm not exactly sure how to proceed, being that the director has said that she's looking into it, but there's not any further information given. [Morgan Jeffley (He/Him)] 14:07:07 And it's one particular instructor that has been coming across lately across multiple learners. So I'm not exactly sure what's being done, but it is in regards to the grading SLA window, the response window. [Morgan Jeffley (He/Him)] 14:07:24 And, you know, essentially that he's just not responding I'm not exactly sure how to proceed because I'm not sure how to proceed learners are reaching out, they're wanting an update. [Morgan Jeffley (He/Him)] 14:07:34 I just spoke with the learner yesterday and one reached out today. Both of them are different. [Morgan Jeffley (He/Him)] 14:07:39 So I'm not exactly sure how to proceed, to be honest. [Colin Hanzel] 14:07:43 Yes, Tony, he's talking about that faculty. Because I think all three of us have brought it to our faculty director [Morgan Jeffley (He/Him)] 14:07:49 Yeah, it's him. Tony. [Colin Hanzel] 14:07:53 Every student has outstanding grades. In that class over to SLA. [Tony Pitzen] 14:08:00 I think that's helpful to bring up when you're talking to the learner that everyone's being affected. They're not being targeted. [Tony Pitzen] 14:08:06 Just let them know. For all we know they instructor could be in the hospital with the hospital two broken legs or something. [Tony Pitzen] 14:08:13 Put things into perspective for them. [Deanna Olsen] 14:08:17 Is it flex path or guided path, Morgan? [Morgan Jeffley (He/Him)] 14:08:21 This is FlexPad. [Deanna Olsen] 14:08:24 Is there an opportunity to drop them and put them in a new section. [Janice Knight] 14:08:30 Yeah, but… I was just going to say that's the entire class. [Morgan Jeffley (He/Him)] 14:08:30 From the learner. Oh, go ahead. [Janice Knight] 14:08:35 So it would be dropping everybody out of that class. So it's a bigger issue. [Colin Hanzel] 14:08:35 Yeah, Dee, we can't drop everyone. [Deanna Olsen] 14:08:39 Yes, you're right. Yeah. [Morgan Jeffley (He/Him)] 14:08:42 And then I had just checked in regards to another section being open because I just spoke with that learner yesterday and I asked her like, you know, what does a resolve look like to you? Can we possibly get you in another section? [Morgan Jeffley (He/Him)] 14:08:53 I checked and he is the only instructor for this course. So we don't even have that option. [Deanna Olsen] 14:08:59 Okay. So great comment, Tony. And then I think that if it goes on I mean, we may be looking at an SCR for time time loss. [Deanna Olsen] 14:09:15 I'm just trying to think through options. I know. I know. [Colin Hanzel] 14:09:16 For a whole class, D? [Janice Knight] 14:09:18 Yeah. Can we reach out to Darlene again? Since she's the faculty director and just asked for an update on it saying that

we have multiple learners in this course. [Colin Hanzel] 14:09:25 Yeah. [Deanna Olsen] 14:09:27 Yeah. Yeah. [Deanna Olsen] 14:09:32 I can do that as well. [Janice Knight] 14:09:34 It's about Dr. Brandon. [Deanna Olsen] 14:09:39 Is that the last name, Brandon? [Colin Hanzel] 14:09:40 Hrm course. I can pull it right now. Give me a second. [Tony Pitzen] 14:09:42 Matthews. [Colin Hanzel] 14:09:44 Yeah. [Deja Caldwell] 14:09:44 If Brandon Matthews. Have the same issue as well currently going on with one of my learners. [Janice Knight] 14:09:45 Brandon Matthews. [Deja Caldwell] 14:09:50 And Dr. Bernard just reached out to me maybe about 30 minutes ago. [Deja Caldwell] 14:09:54 Letting me know that she has escalated the issue to the dean And that they are working to If the assessment is graded either by Matthews are either a replacement. [Colin Hanzel] 14:10:08 It's for HRM FPX. 5,060. [Colin Hanzel] 14:10:13 All his section. [Deanna Olsen] 14:10:13 Okay. Okay, I'll reach out to Dr. Bernard. [Janice Knight] 14:10:17 Thanks, Tasia. Yeah. [Deanna Olsen] 14:10:22 I'm going to give you an update. [Janice Knight] 14:10:28 Cool. [Deanna Olsen] 14:10:29 Do you feel like adding the directors is a helpful piece? [Janice Knight] 14:10:36 Oh, yeah. Especially in situations like this. [Deanna Olsen] 14:10:37 You're communicating with the instructors? Okay. [Deja Caldwell] 14:10:38 Yeah. [Colin Hanzel] 14:10:41 The only downside is I was not aware everyone else. Was reaching out to her as well. And I don't know how we would fix that, right? Like Deja Tony. [Colin Hanzel] 14:10:50 Morgan and I have all emailed her. We're all kind of getting piecemeal information. [Deanna Olsen] 14:10:53 Okay. That's a good point. [Colin Hanzel] 14:10:56 So so I wonder how we… [Deja Caldwell] 14:10:59 Did you hear my comment? I'm sorry, Dee, did you hear my comment that I just made about Becca? Okay. [Morgan Jeffley (He/Him)] 14:11:00 Yes. [Colin Hanzel] 14:11:05 Yeah, so like I got a response on Monday. Morgan probably got one yesterday. [Deanna Olsen] 14:11:05 Yeah, I did. Thank you, Deja. [Colin Hanzel] 14:11:10 Deja is getting one day. So I don't know if it could be helpful. [Deanna Olsen] 14:11:13 All of it. [Colin Hanzel] 14:11:18 If we had like somewhere where like there's a how we could tell the team there's an issue in a course like this. [Deanna Olsen] 14:11:25 Yeah. [Colin Hanzel] 14:11:25 Without getting in trouble, like, hey, there's an issue in hrm fpx560 just so like as a team, we could then each reach out to each other and be like, hey, this is what's seen. [Deanna Olsen] 14:11:32 Into the application. [Colin Hanzel] 14:11:37 Does that make sense? Grading issue in this course and just leave it at that so we don't share too much information, but we share enough that people are like. [Deanna Olsen] 14:11:38 That's a good point. We're ahead. [Colin Hanzel] 14:11:46 This learner's not in a silo. [Morgan Jeffley (He/Him)] 14:11:50 And just to kind of piggyback off of what Colin said, like, I just don't want to beat a dead horse, you know, like because multiple of us have reached out already. [Morgan Jeffley (He/Him)] 14:12:00 And Darlene, she seems pretty receptive of this information. But like I said, I don't want to just keep reaching out if she already knows the issue. [Morgan Jeffley (He/Him)] 14:12:09 Like yesterday, she said that, you know. She's aware. She's reached out to Brandon and she hasn't gotten a response also. So it might be something deeper going on with that instructor. [Morgan Jeffley (He/Him)] 14:12:21 And she told me not to feel sorry in regards of it. But at the same time, like I want to be visible. [Morgan Jeffley (He/Him)] 14:12:27 I want to make this visible to her because I've had multiple people reaching out within the past couple of days and You know, I think that I've done all that I can do in this matter. [Morgan Jeffley (He/Him)] 14:12:35 And I'm just not exactly sure how to proceed because he's the only instructor for this course. So we don't really have the option to switch out for another instructor. [Janice Knight] 14:12:47 Except that they can put in a new instructor in the course and pull him. [Colin Hanzel] 14:12:55 And that probably takes more than Darlene's decision. It probably takes our dean approval. [Janice Knight] 14:12:55 So that they can get Right. And that's why she reached out to the dean or associate dean to get the issue resolved. [Janice Knight] 14:13:04 Because it's outside her because then it's become an HR issue now Because if we've got learners who have their assessments from February 3rd. [Janice Knight] 14:13:15 Which is um Now, nine days ago. [Janice Knight] 14:13:19 You know, we're looking at HR. Issues that we won't be privy to. [Deanna Olsen] 14:13:32 Okay, Colin, I think that's a good idea about putting something. Are you thinking about putting something in the team's chat, sending out an email, like in some kind of an alert? [Deanna Olsen] 14:13:41 That there's a grading issue. [Colin Hanzel] 14:13:42 So I don't, yeah, like as least amount of information as possible just in teams just so like If Deja notices first. [Deanna Olsen] 14:13:47 Sure. [Colin Hanzel] 14:13:50 I can then be like, okay, I'm going to CC Deja on my email like Hey, there's two of us have brought it. So it kind of compiles into a uniform

force. And if Dave is like, hey, like she gives like a hand up like that [Colin Hanzel] 14:14:05 Then we just bring it to you, Dee, and be like, hey. [Colin Hanzel] 14:14:07 D, there's three coaches here. Just to kind of make it easier for… Darlene doesn't know. This is a big issue. [Deanna Olsen] 14:14:08 Yeah. [Colin Hanzel] 14:14:15 We're all seeing this. Dee's now stepping in to kind of meet with you so that you don't have to piecemeal this information back. [Deanna Olsen] 14:14:17 Exactly. Yeah. [Deanna Olsen] 14:14:22 And talking to four or five different coaches. Yeah. Okay, that sounds like a good idea. [Deanna Olsen] 14:14:28 Glad you brought it forward. And I will reach out. To Darlene and just check in. [Deanna Olsen] 14:14:35 Okay, awesome. Any other questions, concerns about how it's going? [Deanna Olsen] 14:14:45 Any clarifications? Go ahead, Joe. [Joseph Mitzel] 14:14:46 Dee, I'm… maybe I don't, maybe I don't understand it [Joseph Mitzel] 14:14:54 I thought that you asked a question about this new policy and we we to talking about a very specific application of it But I think you were looking more for just like the general ideas about the policy. [Joseph Mitzel] 14:15:12 Was that it? [Deanna Olsen] 14:15:15 Keep going, Joe. I'm not sure I understand what you're saying. [Joseph Mitzel] 14:15:19 So my understanding of my understanding of the way you announced that was They're supposed to be renewed emphasis on really pressing the learners, have you already used the self-help remedy of reaching out to this instructor. What happened? How long has that been? And if they say, well, I don't want to or like [Joseph Mitzel] 14:15:41 We're not to be used just as, hey, Joe, here's a message. Would you deliver it to that person? [Deanna Olsen] 14:15:47 Yeah. [Joseph Mitzel] 14:15:47 But we're really not supposed to be reaching out to the faculty member And he's seeing. [Deanna Olsen] 14:15:54 That's right. [Joseph Mitzel] 14:15:54 Their leader unless we can say this is what happened. These are the steps the learner has already taken. [Joseph Mitzel] 14:16:02 And they're not getting a response. Those things have to be in there we're not just supposed to be Call me when you've got a message you want me to deliver. [Joseph Mitzel] 14:16:13 To the faculty and that i think That very much aligns with the way I think things. [Deanna Olsen] 14:16:15 You know, thank you for [Joseph Mitzel] 14:16:20 Should go. [Deanna Olsen] 14:16:24 Yeah. [Joseph Mitzel] 14:16:24 And I've just been lately when people say like, you know, blah, blah, blah, blah, blah, and I don't know what this is and I don't know what they want. I've been saying. [Joseph Mitzel] 14:16:33 So have you asked? Well, I don't know. Have you asked? I'm going to ask you a third time. [Joseph Mitzel] 14:16:39 Have you gone to the instructor who delivered that message and said. [Joseph Mitzel] 14:16:44 There are things about this message that confuse me. They will know more than me So why? And I know that makes some learners uncomfortable I had one earlier today who was saying they were saying they didn't know if their instructor had taken a particular action. [Joseph Mitzel] 14:17:03 And I said, well, I have no way of knowing that either. Have you reached out to your instructor? Well, I think he's really busy. [Joseph Mitzel] 14:17:10 Have you reached out to the instructor? Well, you know, I just think that he is so busy and oftentimes doesn't respond. Did you reach out to the instructor to say, have you taken this action? [Joseph Mitzel] 14:17:21 They said, well, I did reach out to him today, this morning. Okay, well then that's They do have a period of time before they have a period of time respond to that. Can we wait until they have also until you have a response to them. Well, then they said, well, last week I reached out about something very similar. And the response I got [Joseph Mitzel] 14:17:42 Was very confusing. So did you ask them to clarify their like own this thing. [Joseph Mitzel] 14:17:53 Tell me, what have you done to try to get clarification on this thing? [Joseph Mitzel] 14:17:56 And I finally kind of out of frustration i said okay so I can reach out to this instructor And he said, no, no, no, I don't want to ruin my relationship with them. [Joseph Mitzel] 14:18:07 Were you thinking you were just going to reach out to them directly? [Joseph Mitzel] 14:18:13 Yes, you are expressing that you're having a hard time getting a clear answer from this person. [Joseph Mitzel] 14:18:19 Is there a way you want me to find a clear answer without reaching out to that person? [Joseph Mitzel] 14:18:25 What do you have in mind how this is going to work? And he ultimately said, I don't want you reaching out to the instructor. [Joseph Mitzel] 14:18:31 Because that could mess things up. I've got to work with this person. They haven't yet graded me. [Joseph Mitzel] 14:18:36 I'm going to wait a few more days and like, okay, so then that is your choice to not get me involved. [Joseph Mitzel] 14:18:43 I think he had some idea that I was going to like reach out in some abstract way to Charlene maybe and say, what if an instructor had done this thing and didn't like Charlene doesn't want to get that kind of stuff. [Deanna Olsen] 14:19:01 Yeah. [Joseph Mitzel] 14:19:03 She wants actionable. This learner has been asking this question, not

getting an answer. This amount of time has passed by. [Joseph Mitzel] 14:19:11 That's the kind of thing. And I feel like if i'm if I'm not willing to say that in an email to the instructor that I Probably. [Deanna Olsen] 14:19:21 Okay. Yeah. [Joseph Mitzel] 14:19:22 Shouldn't. That was my understanding of the sort of the intent behind what you were doing [Deanna Olsen] 14:19:28 You're 100% right. Anybody else have that experience where a learner wants you to reach out and they haven't done anything yet? [Deanna Olsen] 14:19:36 I think that's pretty common. [Kacie Goblirsch] 14:19:37 Where they were like, I want to speak to the dean. I had to talk to Jina. [Deanna Olsen] 14:19:41 Yeah. [Kacie Goblirsch] 14:19:41 And then I kind of pushed back after talking with Darlene and it's like, no, the formal process is going to be a great appeal. The dean doesn't really resolve like this great issue. [Kacie Goblirsch] 14:19:52 And it's going to require that you speak to them. And then they came back and they're like, well, this is a little upsetting, but I don't want to speak to them. So it's like, you wanted to speak to the dean, but you're not willing to speak to the instructor themselves. Like you're comfortable to speak with the dean of the university, but not your own instructor. [Kacie Goblirsch] 14:20:08 I think that can be frustrating sometimes of like you're reaching out to me to loop me in on these instructor issues, but your instructor is your instructor. I'm not your instructor. I'm not in your class. I'm not an IT expert. [Kacie Goblirsch] 14:20:21 I think it can be a little exhausting or just a little frustrating when they're I think we're kind of like a cop out a little bit sometimes. [Deanna Olsen] 14:20:28 Yeah. [Kacie Goblirsch] 14:20:30 And then they like don't want to talk to them. [Deanna Olsen] 14:20:33 Yeah, but I want you all to feel empowered to redirect the learner back to their instructor if they haven't even reached out yet. There's been plenty of times when I've done that, when I've said, no, I cannot reach out to them. [Deanna Olsen] 14:20:43 I simply cannot reach out to them. Until you have made an attempt to reach out to your instructor and speak to them directly. [Deanna Olsen] 14:20:50 If that happens and they don't respond, you can call me back. [Deanna Olsen] 14:20:54 It's as simple as that. [Morgan Jeffley (He/Him)] 14:20:54 I've had a similar situation to what Joe was mentioning like It was a learner that stated that she hadn't heard back from the instructor and when I gave her the option of me reaching out. She was like, well, no, I don't really want you to do that because I don't want that to negatively affect my experience with the instructor right now. So just hold off until I get a response. [Morgan Jeffley (He/Him)] 14:21:18 She made an issue saying that she didn't get out or she didn't get a response in a reasonable amount of time. But when I offered to reach out to the instructor, she was like, well, no, I don't really want you to do that until whatever the reason goes. So I would say it's a bit of a gray area because it's like, okay, when I prompt you to [Morgan Jeffley (He/Him)] 14:21:38 Me reaching out to the instructor, you tell me no, but you're not really doing so also. [Deanna Olsen] 14:21:47 I want to make it clear though for you all so that you have really clear boundaries around us. [Deanna Olsen] 14:21:54 If a learner is unwilling to reach out to their instructor for clarification, we are not emailing an instructor on their behalf. [Deanna Olsen] 14:22:03 They have to reach out. [Deanna Olsen] 14:22:08 They have to do it. [Stephanie Dorceant] 14:22:09 So. [Joseph Mitzel] 14:22:12 I know we're talking about instructor communication. [Stephanie Dorceant] 14:22:13 Nope. [Joseph Mitzel] 14:22:18 So I've recently been working with a learner who frankly, seems to have what is described as a technical issue [Deanna Olsen] 14:22:29 Okay. [Joseph Mitzel] 14:22:31 Went to tech support seemingly tech support was unable to help. [Joseph Mitzel] 14:22:41 If that person comes back to me, I'm going to say, tell me what tech support did. Well, they weren't helpful. [Joseph Mitzel] 14:22:46 What did they do? Well, they couldn't look You can't just say, well, the people who work in tech support were unable to fix my tech problem. So now I want you to fix my tech problem. [Stephanie Dorceant] 14:22:57 Is this the same learner that I told you about? Joe? [Joseph Mitzel] 14:23:01 Right, right. It seems to me like if the tech support person you spoke to was unable to help. [Deanna Olsen] 14:23:07 Yeah. [Joseph Mitzel] 14:23:07 Then we maybe need to escalate it up within tech support. If you're telling me that it's a technical issue And you can't even describe, I reported this to them and they said they couldn't fix it for this reason or like [Joseph Mitzel] 14:23:22 You can't just hide behind this like, well, they weren't helpful, so I'm calling you now. [Joseph Mitzel] 14:23:27 You've got to exhaust these self-help mechanisms And if they're not working, then let's find out why they're not working rather than just say. [Joseph Mitzel] 14:23:36 I need another [Joseph Mitzel] 14:23:42 And need another cook in the kitchen because that's not helpful. [Stephanie Dorceant] 14:23:47 So you're saying, Dee. We're not reaching out to faculty on learner behalf. [Stephanie Dorceant] 14:23:54 Is there a time where

TRENT_000027

we should like if if the learners you know uh tried several times. [Stephanie Dorceant] 14:24:02 To reach out to faculty. Faculty is either not responding or not being clear then would it make sense to step in and reach out to them? [Stephanie Dorceant] 14:24:13 Or we still don't do that. [Colin Hanzel] 14:24:16 I can give you an example of when I would reach out to a faculty member. [Colin Hanzel] 14:24:21 And I'm going to use a faculty member that many of the master's team knows. [Colin Hanzel] 14:24:25 Dr. Chris, at one point messaging alert wasn't working. [Colin Hanzel] 14:24:30 And if you know anything about Dr. F, He's not only very responsive. [Colin Hanzel] 14:24:35 A learner said, I emailed this faculty three times. In the course room and they were very clear I'm not getting any response that's atypical of the faculty All I simply did, I didn't include the learner. I didn't tell them I emailed. [Deanna Olsen] 14:24:42 I can't. Unfortunately, it looks like we're probably going to take out both the cabinets and probably a shower as well. [Colin Hanzel] 14:24:48 I just emailed Darlene and dr chris Fisher, hey, I'm getting a report here. [Deanna Olsen] 14:24:52 I mean, for non-construction. [Colin Hanzel] 14:24:56 And I can verify that the learner message in the course room He then responded to me, I'm having tech issues, Colin. [Deanna Olsen] 14:24:58 Okay, at least for the mitigation. [Colin Hanzel] 14:25:03 I'll be able to respond to those the next day. So if you can see if Learners tried and they've and it's a few It's outside of SLA of that faculty. [Deanna Olsen] 14:25:07 Not great news. I just want to see what we got to do. [Colin Hanzel] 14:25:14 Then you just ask the faculty, hey, did you see this message and have Darlene in it? [Colin Hanzel] 14:25:20 And if they say, yeah, then you just let it go. [Deanna Olsen] 14:25:24 If it's not, we can probably get it. I'm saying. [Colin Hanzel] 14:25:24 So it's not that you're bringing the learner's concerns it's Are you seeing these… Are you seeing these emails or messages from students is typically the only time I email a faculty member Does that make sense? [Colin Hanzel] 14:25:42 Because tech issues do occur for our faculty. They don't work in a vacuum. [Stephanie Dorceant] 14:25:48 Right. Well, sorry. There's some background noises kind of hard to hear everything. [Stephanie Dorceant] 14:25:57 But that makes sense from what I understood that you said, Colin. [Colin Hanzel] 14:26:01 Yeah, phaglia aren't meeting like SLA response times. But you need to like prove that the student has sent these messages, right? Like we're not just willy-nilly emailing faculty members. [Colin Hanzel] 14:26:15 Hey, the student emailed you if they reached out or commented the same day. [Colin Hanzel] 14:26:20 Right. It's like few business days later, they're still not seeing something. [Colin Hanzel] 14:26:25 Or grading, then we need to figure out What's wrong? [Stephanie Dorceant] 14:26:32 Okay. So in that hypothetical situation where a learner has reached out the faculty has not responded back. It's been like more than you know the standard time that they should get a response And they've done it more than once. [Stephanie Dorceant] 14:26:51 Then that is an appropriate time to reach. Out to faculty. [Stephanie Dorceant] 14:26:57 On their behalf. [Colin Hanzel] 14:26:59 Yeah, because like there are some faculty that forget that flex path A student can be added the last day of a quarter And they might just forget that that section is still open. That's happened. [Colin Hanzel] 14:27:11 We're like, hey, this gradient is outside of SLA. And you reach out to them and they're like. [Colin Hanzel] 14:27:15 And you list like the course, the section and everything I've had a family that say, I didn't know that section was still open. I thought there was no students in there. [Colin Hanzel] 14:27:23 And they immediately grade it so it's So I was just leaning into you can prove that there is something wrong in the course room by evidence And it's just a quick question to them. [Colin Hanzel] 14:27:33 But you're not like, this is what Lerner told me. No, that's their job to explain their situation. [Stephanie Dorceant] 14:27:40 So in the case that, so Joe was talking about this, I got his learner they i mean they still are calling in. I think, Mo, you ended up getting them too in there in their first course, this learner has been like [Stephanie Dorceant] 14:27:59 Trying to find the best word to say this but they they're they're having a bit of an issue with some of the assessments I told them, you know, I asked them, did they reach out to faculty? They said. [Stephanie Dorceant] 14:28:12 And it was very vague. It wasn't really clear if they actually did but or if they just you know they were in a call together with the court the instructor and they mentioned something But they made it seem like the instructor is not very clear. [Stephanie Dorceant] 14:28:32 And… you know, they were already questioning if they even should stay at Capella, right? [Stephanie Dorceant] 14:28:40 And I tried to walk them through to help. I talked to you about this one, Colin, too. [Stephanie Dorceant] 14:28:46 I tried to help them you know i tried to help them got them to tech support. They called back today. [Stephanie Dorceant] 14:28:50 You know saying that you know they're still having issues and

blah, blah, blah. And I asked them, I said, did you reach out to faculty? [Stephanie Dorceant] 14:28:57 I've already done that. I shouldn't have to, blah, blah, blah. [Stephanie Dorceant] 14:29:01 If it gets to a point where it's like super escalated, the learner is just using to do anything. [Stephanie Dorceant] 14:29:08 Do we… who like what do we Where do we send them where do we send them Like, should we reach out to you about it, Dee? [Colin Hanzel] 14:29:21 I guess, what do you think further you could do for that student? I think I asked you that. [Stephanie Dorceant] 14:29:21 Like what would the next Yeah. [Colin Hanzel] 14:29:25 I think that was the only question asked of you when you told me this. [Colin Hanzel] 14:29:28 What do you think you can do for this student? You got to keep asking the faculty until the answer comes to understanding. [Stephanie Dorceant] 14:29:29 Yeah, I… I honestly don't know. [Colin Hanzel] 14:29:38 And online education is not for everyone. And I think I shared that with you. [Stephanie Dorceant] 14:29:42 Yeah. [Colin Hanzel] 14:29:42 The DBA flex path is not built for every doctoral student And it might not be the right fit for them. [Colin Hanzel] 14:29:49 But again, solutions like great appeals happen at the end of the quarter. [Stephanie Dorceant] 14:29:54 Right. [Colin Hanzel] 14:29:59 So I think, yeah, what do you want D to do that you don't think you could accomplish? [Monile Bell-Maalaelu] 14:29:59 And Stephanie. [Colin Hanzel] 14:30:04 Would be my question to you. [Stephanie Dorceant] 14:30:09 Sometimes I feel like learners don't respect our role as academic coaches honestly because like the learner was like, well, I want to speak to your supervisor When I said I couldn't like i said i couldn't help them with what they needed at the time. [Stephanie Dorceant] 14:30:27 And I kept saying for them to reach out to their faculty. [Stephanie Dorceant] 14:30:30 And they were like, well, I want to speak to a supervisor. And I was like, I don't know that the supervisor is going to provide you with anything more than what I just told you. [Stephanie Dorceant] 14:30:40 But if you want to, then I could definitely put you in touch with them but they're probably going to say the same exact thing I'm telling you. [Stephanie Dorceant] 14:30:49 And I think sometimes they just want it's almost like it's almost like If Dee says it, it's like, okay, now I believe that this whatever this person said is true It's not necessarily that they're going to actually get anything resolved. I think they just need someone else because they [Stephanie Dorceant] 14:31:12 They don't actually trust that what we're saying is true. [Monile Bell-Maalaelu] 14:31:19 I want to build on some of this. So I talked to that learner yesterday and today. She made an appointment with me and this is Joe's learner. [Monile Bell-Maalaelu] 14:31:27 And I saw the i saw the The SR transferred, did a warm transfer yesterday and was like, well, I don't know what's going on. This learner has talked to multiple coaches. [Monile Bell-Maalaelu] 14:31:37 Not happy, don't really know what the issue is. Can you just talk to them? [Monile Bell-Maalaelu] 14:31:41 So I was like, sure. So when I hear that, I hear, I don't know what we're doing. I have no clear direction. So let's just squirrel around and see where things go. [Monile Bell-Maalaelu] 14:31:48 So I got the learner on the phone. Turned out, yeah, she's probably a bad fit for FlexPath. [Monile Bell-Maalaelu] 14:31:55 Also, yeah, it sounded like she was in burnout mode, not from like school, but just from like life. And so she was having like low patience, low tolerance. [Monile Bell-Maalaelu] 14:32:06 And so this is an interesting area about role boundaries. I know we're not supposed to go into the course room and walk them through their homework like that's not a thing. [Monile Bell-Maalaelu] 14:32:16 But at the same time, I was like, this learner is really stressed out. She's already made multiple contacts. [Monile Bell-Maalaelu] 14:32:23 So she just needs a way forward until the ending of her billing session, realistically. [Monile Bell-Maalaelu] 14:32:28 So what I did was, yeah, I went in and helped her with her homework and not like by doing her homework, but like I was like, where are you confused? And it turned out there was miscommunication because the faculty is using language like, hey, you should make your headers according to the scoring guide. She's like, I don't see the word scoring guide anywhere in the course room. [Monile Bell-Maalaelu] 14:32:48 So then we discovered, oh. Sometimes faculty call it scoring guides. Sometimes it's a grading rubric. Sometimes it's competencies. [Monile Bell-Maalaelu] 14:32:57 So I was able to isolate the fact that, oh, she just didn't understand the language. And once we unpacked that piece. [Monile Bell-Maalaelu] 14:33:04 It made a little bit more sense and she could sit with it and she felt better because she had direction. [Monile Bell-Maalaelu] 14:33:10 And I told her, hey, if you want to leave the university, absolutely. But I recommend you use the rest of your billing session just because you're already paying for it. And let me send you that information so that you have it and you can make an informed decision about it. [Monile Bell-Maalaelu] 14:33:24 So should I help her with her

homework? No, of course not. But did I? Yes, because it was trust building and she was frustrated and I felt bad. [Monile Bell-Maalaelu] 14:33:32 So I don't know where you want us to like do this, but now she's like. [Monile Bell-Maalaelu] 14:33:36 She's pretty solid and she feels better and she made a connection and she has direction. [Stephanie Dorceant] 14:33:39 Mm-hmm. Right. Which is funny because I did the same exact thing with her. I was on the phone with her for like almost an hour and a And I literally walked her through the course room. I told her where to go because her her [Colin Hanzel] 14:33:42 Mo's taking on a new learner, sounds like. [Deanna Olsen] 14:33:45 Yeah. [Stephanie Dorceant] 14:33:56 What she said to me was that the instructor used the word rubric And I was like, I think it's the scoring guide. She was like, no, he said rubric And you're right. It was something, you know, it was miscommunication but i i [Stephanie Dorceant] 14:34:12 Showed her where to go and she wasn't happy with what I said. [Stephanie Dorceant] 14:34:15 She was like, well, you obviously don't know what you're talking about. I was like, okay. [Stephanie Dorceant] 14:34:21 Let me get you to tech support. [Janice Knight] 14:34:23 You do know what you're talking about. [Deanna Olsen] 14:34:23 Yeah, I think I don't. Number one, you do know what you're talking about. Number two, I never want you to be on the phone for an hour and a half with a learner because that pulls you from your entire day, Stephanie. [Deanna Olsen] 14:34:38 Messes up your entire day. This is such a nuanced situation, Mo. I mean, I have also been guilty of jumping into a course room and going over a learner's instructions with them, you know, and helping them read them. [Deanna Olsen] 14:34:54 Infrequently. Because I know that I can get myself into trouble with that. [Deanna Olsen] 14:35:02 It's a tough call. It's a tough call if you think it's something that it's simple as that. And that's enough to help them gain perspective, but it's kind of like when you're in it and you're walking through it and you're talking with them and you [Deanna Olsen] 14:35:16 You either see the light bulb click on or it doesn't. [Deanna Olsen] 14:35:20 In the times when I've seen that it doesn't, I'm going, oh, you really need to connect with your instructor this is This is now out of my purview. [Deanna Olsen] 14:35:27 And you need to go talk to your instructor. [Deanna Olsen] 14:35:32 I don't know if that helps. Does it? Okay. [Joseph Mitzel] 14:35:37 Well, I… So my gut feeling is that what is underlying a lot of this is And I've shared this with you in one-on-ones that. [Joseph Mitzel] 14:35:49 We've got a lot of people coming into FlexPath who really don't know how the system works. [Joseph Mitzel] 14:35:56 And are expecting that when you have issues or questions, you just call and you get a live person on the other end. [Joseph Mitzel] 14:36:02 Who walks you through things and talks to you about stuff and [Joseph Mitzel] 14:36:10 I spend some uncomfortable time with some of these learners explaining that I'm not a tutor in how you do these courses and I'm not A subject matter expert, I can't fill in because you're waiting for an answer for your instructor, but you need an answer sooner so [Joseph Mitzel] 14:36:26 Joe, will you tell me what Dr. Smith meant when she did like no just getting them to understand that that's not how That's not how FlexPath works. [Joseph Mitzel] 14:36:41 And so you you Someone will say, well, I called you twice this morning and you're only calling me back now. It's already past noon Yeah, I'm actually calling you back. [Joseph Mitzel] 14:36:55 Pretty quickly given what my schedule works like. So I just think that's some some really misunderstandings about what they're supposed to be able to expect. [Joseph Mitzel] 14:37:04 In this. [Joseph Mitzel] 14:37:09 I have many conversations with new FlexPath people where we spend a half an hour going over the basics, the basics about competency maps, billing sessions all that stuff and and they insist that this is so helpful. No one's ever talked about any of this. No one's ever covered any of this. [Joseph Mitzel] 14:37:34 Yeah, I think it's all in orientation, but you're all in onboarding but And I don't want to kick them while they're down and say, well, you just you weren't paying attention if you think no one has ever discussed with you [Deanna Olsen] 14:37:36 Yeah. [Joseph Mitzel] 14:37:46 What billing sessions are or how you pass FlexPath courses or that it's just They come with a lot of either lack of information or misinformation. And there's just a lot of time spent clearing that up in their very first few weeks so it's [Joseph Mitzel] 14:38:06 It's FlexPath learners in their first billing session that consume a huge portion of my bandwidth. [Deanna Olsen] 14:38:13 I understand, Joe. We do have a lot of FlexPath information on campus. I use that. [Deanna Olsen] 14:38:19 I use the policy pages. I send those to learners. It's okay to share SLAs with learners. [Deanna Olsen] 14:38:26 Repeatedly to remind them that we do have two business days to get back to them, that instructors have their SLAs. [Deanna Olsen] 14:38:35 I know it feels like a broken record. It is. But they're there to help us and protect us. [Deanna Olsen] 14:38:43 I do want to, oh, sorry, go

ahead. [Colin Hanzel] 14:38:44 Right. The only thing I want to say is i think I do my very best to try to push a student back to a primary coach that example you just gave, how many doctoral coaches spoke to the student and they weren't the primary coach. [Colin Hanzel] 14:39:03 I fully am confident every single one of you is great at your job. [Colin Hanzel] 14:39:08 And I'm not here to kind of… overstep a peer. And I think that's sometimes really hard for students to understand I'm always like, you've not always talk to I'm going to use Janus. You haven't spoken to her yet. You haven't had an intro like i think this a lot of this information you're asking me [Colin Hanzel] 14:39:29 You need to schedule a time with your primary coach to go over any sort of starting points. Like I'm here to assist When you call in. [Colin Hanzel] 14:39:40 But your first step should always be scheduling an appointment with your coach. [Colin Hanzel] 14:39:43 There's always exceptions. If Joe goes on vacation for two weeks Of course, I'm going to go into a little bit more depth with his students because I know he's not here. [Colin Hanzel] 14:39:54 But in most cases, I'm like, hey, I think you need to talk to your primary coach. [Colin Hanzel] 14:39:58 Keep these questions through a singular person So you're not just kind of getting piecemeal answers to all of this. You need to have a holistic conversation. You need to set that time on a coach's schedule. [Colin Hanzel] 14:40:09 And I really push that boundary. You schedule for a 30 minute conversation. This is more than a call in answer. This is a fully baked out conversation, you really need to have a primary coach So that you know. [Colin Hanzel] 14:40:26 All communication is stuck with one person So that we can do our best to support you. [Colin Hanzel] 14:40:31 Um because Stephanie, you shouldn't have had an hour and 30 minute conversation if it wasn't on your calendar. [Deanna Olsen] 14:40:36 Yeah. Yeah. Also, just FYI, Kaylee's got an intro email that we can all use. It's a template. [Colin Hanzel] 14:40:37 I think where my concerns are. [Stephanie Dorceant] 14:40:41 Yeah. [Deanna Olsen] 14:40:46 That has all of SLA information for FlexPath. Thank you, Kaylee. [Stephanie Dorceant] 14:40:51 Nice. [Deanna Olsen] 14:40:53 Yes. All right. I do want to switch gears so janice has time Do you want to go over the update, Giannis? [Janice Knight] 14:41:03 Sure. Do you want to remind me what update that was? Because I didn't know about an update so [Deanna Olsen] 14:41:08 Oh, oh, oh, I just, okay, so sorry. So

# EXHIBIT I

Screenshot of Capella University webpage titled "What counts as academic engagement"



# What counts as academic engagement

The good news is that it isn't difficult to demonstrate academic engagement. Activities that qualify as engagement are specific parts of your regular coursework.

Qualifying activities include:

- Submitting (or resubmitting) an assessment
- Completing a course activity (for select assessments)
  **Note:** These can be found within the assessment under the activity tab.
- Interacting (back and forth dialogue) by phone, email, or text between you and the assigned course faculty member or graduate assistant. Examples include:

  - A discussion on the concepts addressed in a resource provided for an assessment.
  - A conversation about applying the feedback to the next assessment attempt.
  - A review of additional research that the learner has conducted.

If you have questions on what counts as engagement, please contact your coach.

# EXHIBIT J

Email from learner ▮▮▮ Klein dated 02/17/2025 regarding non-engagement warning despite professor contact

 Gmail

**Robert Trent <robert.trent0139@gmail.com>**

---

## FW: Checking in on course engagement
1 message

**Trent, Robert** <robert.trent@capella.edu>                    Mon, Feb 17, 2025 at 2:14 PM
To: "robert.trent0139@gmail.com" <robert.trent0139@gmail.com>

> **Robert Trent, B.S.** | He/Him
>
> **Academic Coach**
>
> Email: robert.trent@capella.edu
>
> Phone: 888-695-0346
>
> Schedule an Appointment
>
> Text: 1-833-941-3023 or Opt In To Text

**CAPELLA**
UNIVERSITY®

At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

---

**From:** ███████████████████████████████████
**Sent:** Monday, February 17, 2025 1:00 PM
**To:** Trent, Robert <robert.trent@capella.edu>
**Subject:** Re: Checking in on course engagement

---

Hello,

Question why am I getting this not if I set my due date and contacted my professor for clarification on the assignments?

On Mon, Feb 17, 2025, 1:56 PM Robert Trent from Capella <support@learner.capella.edu> wrote:

> Dear Michael,
>
> I hope this message finds you well!

TRENT_000035

It looks like engagement hasn't been recorded in the following course(s):

- MBA-FPX5002 - MBA Leadership since **February 3, 2025**

I wanted to make sure that you are aware of the course engagement policy: learners who do not engage in their courseroom for 28 days will receive a nonperformance score and be removed from the course. If you wish to remain enrolled in your course, please engage in your courseroom before **11:59p.m. CT on March 3, 2025**.

Generally, FlexPath engagement includes either:

- Submitting or resubmitting an assessment
- Completion of a Course Activity (for select assessments)

Additional methods of recording engagement that may apply to your course(s):

- Substantive interaction with your course instructor
- Substantive interaction with a graduate assistant
- Using the "Report Course Activity" Tool in your courseroom (IT or certain BSN or MBA Programs Only)

For details, refer to Demonstrating academic engagement.

*Please note!* Even if your instructor has given an extension or approved an incomplete request, University policy and U.S. Department of Education regulations require that you engage in courseroom activities within the next 14 days. This stipulation supersedes approval of an extension or an incomplete grade.

We understand that there are many different circumstances that can lead to a delay in course engagement, and all of us here in the advising department are here to support you as needed. Feel free to connect with me via the information below.

*Want this information by text? Make sure you're opted in to texting by updating your preferences.*

Thanks,

**Robert Trent, BSG** | He/Him
**Academic Coach**
Email: robert.trent@capella.edu

TRENT_000036

Phone: (888) 695-0346

Schedule an Appointment

Text: 1-833-941-3023 or Opt In To Text



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

Privacy Policy

225 South Sixth Street, Minneapolis, MN 55402, US

Capella University  © 2025 All Rights Reserved

TRENT_000037

# EXHIBIT K

Email chain between Plaintiff and Academic Faculty Director Darleen Barnard dated 12/12/2024 through 01/13/2025 regarding grade discrepancy

TRENT_000038

 Outlook

---

**Re: Students grade shows an F but competency map reflects all distinguished**

---

**From** Barnard, Darleen <Darleen.Barnard@Capella.edu>
**Date** Mon 1/13/2025 12:58 PM
**To**    Trent, Robert <Robert.Trent@Capella.edu>

Hi Robert. It is my understanding that we can't do grade changes for FlexPath.

**Darleen Barnard, DHA, MBA, NBC-HWC**
Academic Faculty Director
School of Business, Technology & Healthcare Administration (SoBTH)

**Cell:  (702) 449-2718  |  Zoom:**  https://strategiced.zoom.us/my/darleenbarnard
To Schedule a Meeting: Click here



**Capella University**
225 South 6th St, Minneapolis, MN 55402
capella.edu

DIGITAL HUMAN NOTICE: Capella University is a flexible employer, with teams working across multiple time zones. We value and respect your personal time. I am sending this message now because it works for me. Unless urgent, please respond during your work time. Thank you.

**From:** Trent, Robert <Robert.Trent@Capella.edu>
**Sent:** Monday, January 13, 2025 10:53 AM
**To:** Barnard, Darleen <Darleen.Barnard@Capella.edu>
**Subject:** RE: Students grade shows an F but competency map reflects all distinguished

Hi Dr. Barnard,

I have reached out to the registrar about this, but have been unsuccessful in getting any changes or adjustments made,

Is a grade change request through FAC possible ?

> **Robert Trent, B.S.** | He/Him
> **Academic Coach**
> Email: robert.trent@capella.edu
> Phone: 888-695-0346
> Schedule an Appointment
> Text: 1-833-941-3023 or Opt In To Text



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

**From:** Barnard, Darleen <Darleen.Barnard@Capella.edu>
**Sent:** Friday, January 10, 2025 4:16 PM
**To:** Trent, Robert <Robert.Trent@Capella.edu>; Reed, Bill <Bill.Reed@capella.edu>
**Cc:** Hanzel, Colin <Colin.Hanzel@Capella.edu>
**Subject:** Re: Students grade shows an F but competency map reflects all distinguished

Hi Robert. The last time we tried to do this for a FlexPath course, we weren't able to do it. Did you already talk to the Registrar's office about how to do this?

**Darleen Barnard, DHA, MBA, NBC-HWC**
Academic Faculty Director
School of Business, Technology & Healthcare Administration (SoBTH)

**Cell:  (702) 449-2718  |  Zoom:**  https://strategiced.zoom.us/my/darleenbarnard
To Schedule a Meeting: Click here



**Capella University**

TRENT_000039

225 South 6th St, Minneapolis, MN 55402

capella.edu

DIGITAL HUMAN NOTICE: Capella University is a flexible employer, with teams working across multiple time zones. We value and respect your personal time. I am sending this message now because it works for me. Unless urgent, please respond during your work time. Thank you.

**From:** Trent, Robert <Robert.Trent@Capella.edu>
**Sent:** Friday, January 10, 2025 2:10 PM
**To:** Barnard, Darleen <Darleen.Barnard@Capella.edu>; Reed, Bill <Bill.Reed@capella.edu>
**Cc:** Hanzel, Colin <Colin.Hanzel@Capella.edu>
**Subject:** RE: Students grade shows an F but competency map reflects all distinguished

Hi Team,

The learner and I have been trying to get this situation resolved, it does not seem that we can get this fixed with OACS,

Is there a way for faculty director and primary instructor to resolve this with a grade change request through FAC ?

I have carbon copied our SME Colin Hanzel to provide additional insight if necessary.

**Robert Trent, B.S.** | He/Him
**Academic Coach**
Email: robert.trent@capella.edu
Phone: 888-695-0346
Schedule an Appointment
Text: 1-833-941-3023 or Opt In To Text



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

**From:** Barnard, Darleen <Darleen.Barnard@Capella.edu>
**Sent:** Friday, December 13, 2024 2:56 PM
**To:** Reed, Bill <Bill.Reed@capella.edu>; Trent, Robert <Robert.Trent@Capella.edu>
**Subject:** Re: Students grade shows an F but competency map reflects all distinguished

Hi Bill. Thank you for confirming, It sounds like the grade somehow transferred over as an F.

Robert - this may be more of an IT issue. I'm not sure there is anything the instructor can do, especially since it is FlexPath.

**Darleen Barnard, DHA, MBA, NBC-HWC**
Academic Faculty Director
School of Business, Technology & Healthcare Administration (SoBTH)

Cell: (702) 449-2718  |  Zoom: https://strategiced.zoom.us/my/darleenbarnard
To Schedule a Meeting: Click here



**Capella University**
225 South 6th St, Minneapolis, MN 55402

capella.edu

DIGITAL HUMAN NOTICE: Capella University is a flexible employer, with teams working across multiple time zones. We value and respect your personal time. I am sending this message now because it works for me. Unless urgent, please respond during your work time. Thank you.

**From:** Reed, Bill <Bill.Reed@capella.edu>
**Sent:** Friday, December 13, 2024 11:43 AM
**To:** Barnard, Darleen <Darleen.Barnard@Capella.edu>; Trent, Robert <Robert.Trent@Capella.edu>
**Subject:** RE: Students grade shows an F but competency map reflects all distinguished

Trent;
The only thing I notice is the activities are "0". Her academic assessments were 92.
I don't understand.

Bill

**From:** Barnard, Darleen <Darleen.Barnard@Capella.edu>
**Sent:** Friday, December 13, 2024 2:33 PM
**To:** Reed, Bill <Bill.Reed@capella.edu>; Trent, Robert <Robert.Trent@Capella.edu>
**Subject:** Re: Students grade shows an F but competency map reflects all distinguished

TRENT_000040

Thank you Bill. Please let me know if you need anything.

**Darleen Barnard, DHA, MBA, NBC-HWC**
Academic Faculty Director
School of Business, Technology & Healthcare Administration (SoBTH)

Cell: (702) 449-2718  |  Zoom: https://strategiced.zoom.us/my/darleenbarnard
To Schedule a Meeting: Click here



**Capella University**
225 South 6th St, Minneapolis, MN 55402
capella.edu

DIGITAL HUMAN NOTICE: Capella University is a flexible employer, with teams working across multiple time zones. We value and respect your personal time. I am sending this message now because it works for me. Unless urgent, please respond during your work time. Thank you.

**From:** Reed, Bill <Bill.Reed@capella.edu>
**Sent:** Friday, December 13, 2024 11:31 AM
**To:** Trent, Robert <Robert.Trent@Capella.edu>; Barnard, Darleen <Darleen.Barnard@Capella.edu>
**Subject:** RE: Students grade shows an F but competency map reflects all distinguished

Greetings:
I do not understand how this happened. I will try to explore how this might have recorded the grade this way.\
Bill

> **From:** Trent, Robert <Robert.Trent@Capella.edu>
> **Sent:** Thursday, December 12, 2024 7:33 PM
> **To:** Barnard, Darleen <Darleen.Barnard@Capella.edu>
> **Cc:** Reed, Bill <Bill.Reed@capella.edu>
> **Subject:** Students grade shows an F but competency map reflects all distinguished
>
> Hi Dr. Barnard and Dr. Reed
>
> I had a situation come up with one of our learners, and was hoping you could share some insight on it, the learners name is
> ████████████ There enrollment date quarter and section are listed below. However the final grade is listed as an F but the competency map displays proficient in all categories.  Are we able to change the grade or competency map to reflect the students assessment ?



| | FPX5008 | | Analytics | | | | | | | · · | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summer 24 | MBA-FPX5006 | 09 | Business Strategy | 08/26/202 | 09/06/202 | 11/22/202 | 11/17/202 | Y | | PREVIOUS | Completed | I |



### MBA-FPX5006: Business Strategy

Learner has 5 competencies in this course

● NON-PERFORMANCE        ● BASIC        ● PROFICIENT        ● DISTINGUISHED

Competency 1                                                              ● DISTINGUISHED                    3 of 3 Criteria
Assess the importance of strategic management for supporting long term success and sustained competitive advantage.

| Criterion | ⌄ |
|---|---|

Competency 2                                                              ● DISTINGUISHED                    2 of 2 Criteria
Apply strategic thinking approaches to resolve business related challenges.

| Criterion | ⌄ |
|---|---|

Competency 3                                                              ● DISTINGUISHED                    6 of 6 Criteria
Analyze the internal and external environments of an organization in order to formulate and implement successful strategies.

| Criterion | ⌄ |
|---|---|

Competency 4                                                              ● DISTINGUISHED                    5 of 5 Criteria
Apply strategic concepts and models to ensure the fit between strategy, organizational structure, capabilities, goals and the external environment.

| Criterion | ⌄ |
|---|---|

Competency 5                                                              ● DISTINGUISHED                    6 of 6 Criteria
Communicate business needs, opportunities, and strategies with multiple stakeholders.

| Criterion | ⌄ |
|---|---|

TRENT_000041

**Robert Trent, B.S.** | He/Him

**Academic Coach**

Email: robert.trent@capella.edu

Phone: 888-695-0346

Schedule an Appointment

Text: 1-833-941-3023 or Opt In To Text



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

# EXHIBIT L

Microsoft Teams screenshots dated 02/10/2025 showing Colin Hanzel's statements regarding refund policy removal

TRENT_000043





TRENT_000044

# EXHIBIT M

Email chain dated 11/01–12/2024 regarding denial of Special Credit Request (SCR) for Hurricane Helene-affected learner

TRENT_000045

 **Outlook**

---

## RE: SCR

**From** Trent, Robert <Robert.Trent@Capella.edu>

**Date** Tue 11/12/2024 4:51 PM

**To**   Olsen, Dee <Deanna.Olsen@Capella.edu>

I'll pass this on to the learner

appreciate your honesty here

> **Robert Trent, B.S.** | He/Him
> **Academic Coach**
> Email: robert.trent@capella.edu
> Phone: 888-695-0346
> Schedule an Appointment
> Text: 1-833-941-3023 or Opt In To Text



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

---

**From:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Sent:** Monday, November 11, 2024 1:09 PM
**To:** Trent, Robert <Robert.Trent@Capella.edu>
**Subject:** RE: SCR

Robert,

We will not be able to give the learner an SCR because Summer quarter started 8/5 and they were dropped 9/12/24 for neng. Hurricane Helene according to FEMA started 9/25/24 – 10/7/24 in S. Carolina. The learners letter also states similar dates as FEMA. If the learner can provide other disaster information for the time period of: 8/5 – 9/12/24 then we can consider an SCR.

Thank you,
Dee

---

**From:** Trent, Robert <Robert.Trent@Capella.edu>
**Sent:** Thursday, November 7, 2024 3:13 PM
**To:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Subject:** RE: SCR

Thanks, I completely forgot about the FEMA website,

Their region is currently under disaster status, but it lists the date as 09/25,  what are your thoughts on this ?



**Apply for Assistance**   Federal assistance is available to eligible individuals and families affected by this disaster.

**All Disaster Declarations**

South Carolina Hurricane
Helene (DR-4829-SC)

Designated Areas

News & Media

Reports & Notices

How a Disaster Gets Declared

Disaster Authorities

Historic Disasters

Volunteer & Donate

Current Disasters

# South Carolina Hurricane Helene

## DR-4829-SC

**Incident Period:** Sep 25, 2024 - Oct 7, 2024
**Declaration Date:** Sep 29, 2024

**Quick Links**

- **Recovery resources:** State & Local | National
- **Connect:** Social Media | Mobile App & Text
- **24/7 counseling:** Disaster Distress Helpline

🌐 English   Español   Français   简体中文   한국어   Tiếng Việt   Burmese

**On This Page**

---



**Robert Trent, B.S.** | He/Him
**Academic Coach**
Email: robert.trent@capella.edu
Phone: 888-695-0346
Schedule an Appointment
Text: 1-833-941-3023 or Opt In To Text



**CAPELLA**
UNIVERSITY®

At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

---

**From:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Sent:** Thursday, November 7, 2024 3:02 PM
**To:** Trent, Robert <Robert.Trent@Capella.edu>
**Subject:** RE: SCR

Robert,

Thank you for sharing additional details of the learner's struggle. I do feel for them. Unfortunately, unless the dates line up, I cannot move forward with the SCR. Have you checked the FEMA site yet with their address and the dates of the Hurricane? I wonder if this would provide better documentation for the SCR?

Dee

---

**From:** Trent, Robert <Robert.Trent@Capella.edu>
**Sent:** Thursday, November 7, 2024 11:14 AM

**To:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Subject:** RE: SCR

Thanks for taking a look into this,

If possible id like to try and move forward with this SCR for this learner. From what they have shared about their experiences, it seems that they have to spend a considerable amount of time in the events leading up to that time to prepare for potential complications from the outages and hurricane impacts: getting a generator, gas, food, water, boarding up the house and etc.

Let me know if these variables can be factored into our SCR.

**Robert Trent, B.S.** | He/Him
**Academic Coach**
Email: robert.trent@capella.edu
Phone: 888-695-0346
Schedule an Appointment
Text: 1-833-941-3023 or Opt In To Text



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

**From:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Sent:** Wednesday, November 6, 2024 5:35 PM
**To:** Trent, Robert <Robert.Trent@Capella.edu>
**Subject:** RE: SCR

Robert,

I'm taking a closer look and the dates on the letter are 9/25 – 10/14 but the learner was dropped from the course on 9/12 for neng. The SCR won't be approved unless the dates match/cover the neng drop. Thoughts? Dee

**From:** Trent, Robert <Robert.Trent@Capella.edu>
**Sent:** Wednesday, November 6, 2024 11:17 AM
**To:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Subject:** RE: SCR

Thanks, SCR updated

**Robert Trent, B.S.** | He/Him
**Academic Coach**
Email: robert.trent@capella.edu
Phone: 888-695-0346
Schedule an Appointment
Text: 1-833-941-3023 or Opt In To Text



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

---

**From:** Olsen, Dee <<u>Deanna.Olsen@Capella.edu</u>>
**Sent:** Monday, November 4, 2024 5:29 PM
**To:** Trent, Robert <<u>Robert.Trent@Capella.edu</u>>
**Subject:** RE: SCR

Hi Robert,

The tuition for the course is $2200 so we need to change this on the SCR. FAS will adjust the student loan amount once they receive an approved SCR. You can create a case once the amount has been changed.

Thanks! Dee

---

**From:** Trent, Robert <<u>Robert.Trent@Capella.edu</u>>
**Sent:** Friday, November 1, 2024 5:34 PM
**To:** Olsen, Dee <<u>Deanna.Olsen@Capella.edu</u>>
**Subject:** SCR

Let me know if you have any recommended edits


> **Robert Trent, B.S.** | He/Him
> **Academic Coach**
> Email: <u>robert.trent@capella.edu</u>
> Phone: <u>888-695-0346</u>
> <u>Schedule an Appointment</u>
> Text: <u>1-833-941-3023</u> or <u>Opt In To Text</u>



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

TRENT_000049

# EXHIBIT N

Email chain dated 12/18–20/2024 regarding ████████ SCR, including Plaintiff's written fraud objection

 **Outlook**

---

## RE: Account was not closed out timely Learner #2045672

**From** Olsen, Dee <Deanna.Olsen@Capella.edu>

**Date** Fri 12/20/2024 10:27 AM

**To** Trent, Robert <Robert.Trent@Capella.edu>

---

That would be great, thank you! Dee

---

**From:** Trent, Robert <Robert.Trent@Capella.edu>
**Sent:** Thursday, December 19, 2024 6:14 PM
**To:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Subject:** RE: Account was not closed out timely Learner #2045672

I do not mind putting together an SCR, lets go over it during our 1:1 on Monday

> **Robert Trent, B.S.** | He/Him
> **Academic Coach**
> Email: robert.trent@capella.edu
> Phone: 888-695-0346
> Schedule an Appointment
> Text: 1-833-941-3023 or Opt In To Text



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

**From:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Sent:** Thursday, December 19, 2024 6:12 PM
**To:** Trent, Robert <Robert.Trent@Capella.edu>
**Subject:** RE: Account was not closed out timely Learner #2045672

Thank you Robert for your feedback. I do appreciate your thoughts around the specific information not lining up and the Crowdsourcing proof. We do have emails from the learner when it occurred notifying us they were struggling because of it. We could use those in the SCR. If you don't mind putting it together, I would like to try. Please do not take this as me disregarding your thoughts on the matter. Rather, I'd like to discuss it further with you in our next 1:1. FlexPath is confusing and often I find myself having to explicitly offer information to learners for them to make a good decision. Thank you Robert! I appreciate you. Dee

---

**From:** Trent, Robert <Robert.Trent@Capella.edu>
**Sent:** Thursday, December 19, 2024 5:25 PM
**To:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Subject:** RE: Account was not closed out timely Learner #2045672

TRENT_000051

I do not mind doing this at all Dee, but in my opinion I think its guna get push back.

Wouldn't we need "timestamped documentation" to demonstrate that the learner was affected by the CrowdStrike Microsoft issue? That correspondence was through a yahoo address.

I am not aware if this is something that impacted our email systems as no other learner has told me that they didn't receive my emails. Its strange that the BCC went through SF but the learner didn't receive any?

Also, unless there is an employee here named Alberto?
 I think they are lying to get out of paying for a billing session.

I also do not see any correspondence of a deleted appointment, if they think they spoke to someone who doesn't even work where, its highly probable they do not have their facts correct.

I don't mind doing this, it just seems like something that wont go through

**Robert Trent, B.S.** | He/Him
**Academic Coach**
Email: robert.trent@capella.edu
Phone: 888-695-0346
Schedule an Appointment
Text: 1-833-941-3023 or Opt In To Text



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

**From:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Sent:** Thursday, December 19, 2024 5:03 PM
**To:** Trent, Robert <Robert.Trent@Capella.edu>
**Cc:** Knight, Janice <Janice.Knight@capella.edu>
**Subject:** RE: Account was not closed out timely Learner #2045672

Robert,

If the learner was affected by the Crowdsource situation and did not receive our emails in a timely manner, coupled with a lack of clarity from AA on how dropping the Marketing course would affect their billing session we can put together an SCR for that billing session. In an email to the learner dated 8/12/24:

From: **Trent, Robert**                                    3:10 PM | Aug 12
To: Terry Lyn Bishop ▼

Thanks for getting back to me,

I will place a time off request for the max time allotted for you, Ie June of 2025

If you want to get back into school before that just give me a heads up and I can push a button to have it removed.

For the Marketing course I can drop you from it or you can finish it out if you'd like, you have until 08/31/2024 to drop the course with a W grade, either way if you drop I believe you will still get a bill.

I recommend connecting with the Financial Aid Support Team (FAST) for further questions. You can reach them at 888-227-3552, Option #1 or send a text to: 1-833-941-3024. You can send an email to: FAQ@Capella.edu or schedule an appointment here: https://go.oncehub.com/FSCoaches.

We could have provided more clarity about the billing session charge impact if the learner dropped the course, ie; dates of billing session, dates of course, and why the learner is being billed even though they are dropping with a W grade (FP policy).

Please put together the SCR for this billing session stating the Crowdsourcing issue (include the learners email regarding this and call date, and AA's lack of clarity on the FP billing sessions (include this email, along with Pinnacle screenshots of billing session and course, and I will send it to RT for approval.

Thank you! Dee

---

**From:** Trent, Robert <Robert.Trent@Capella.edu>
**Sent:** Wednesday, December 18, 2024 4:44 PM
**To:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Subject:** RE: Account was not closed out timely Learner #2045672

Hi Dee,

I don't think an SCR will go through with this learner, I understand that they had issues during that time, but I emailed them and they did not reply, maybe we could loop Alberto in on this situation.

**Robert Trent, B.S.** | He/Him
**Academic Coach**
Email: robert.trent@capella.edu
Phone: 888-695-0346
Schedule an Appointment
Text: 1-833-941-3023 or Opt In To Text



At Capella University we honor and celebrate diversity, equity and inclusion as core institutional principles.

---

**From:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Sent:** Wednesday, December 18, 2024 4:33 PM
**To:** Knight, Janice <Janice.Knight@capella.edu>
**Cc:** Trent, Robert <Robert.Trent@Capella.edu>
**Subject:** FW: Account was not closed out timely Learner #2045672

Janice, Robert,

TRENT_000053

This learner requested an SCR due to Crowdsourcing issues in August 24 that prevented them from receiving Robert's emails. They have since reached out to Ombuds per Robert's suggestion in August 24. Could you review this learners situation for an SCR?

My view of it is that the learner did not ask to be dropped from the Marketing course until after the billing session ended on 7/18/24, however, with all of the miscommunication (Crowdsource issue) and involving Ombuds when we could have brought it to AA leadership for a quicker response I think we may be in line to do an SCR. I would appreciate your thoughts on this one.

Thank you! Dee

---

**From:** OACS <OACS@Capella.edu>
**Sent:** Wednesday, December 18, 2024 3:08 PM
**To:** Olsen, Dee <Deanna.Olsen@Capella.edu>
**Subject:** Fw: Account was not closed out timely Learner #2045672

Hello Dee,


I hope this email finds you well. I am kindly reaching out as learner ██████████ has reached out to our office regarding some concerns with their billing session balance and expressed some concerns regarding their academic coach. Their email references Ombudsman Office but was received by OACS. Having looked at their account, I see that Janice Knight is listed as their academic coach but they were previously assigned to Robert Trent. However, in the learner's email, they referenced an Alberto calling them. We do not see any call notes under that name. A call on 11/6 indicates that they have spoken with financial aid. Would you or a member of your team be able to take a look and assist the learner?

Best,

Alyssa Cauldero

**Office of Academic and Community Standards**

Capella University

**Email:** OACS@Capella.edu



---

**From:** terry bishop <terrylynbishop@yahoo.com>
**Sent:** Wednesday, December 18, 2024 1:06 PM
**To:** OACS <oacs@capella.edu>
**Subject:** Account was not closed out timely Learner #2045672

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Dear Ombudsman Office,

After speaking with a member of the Academic Advisement office named Alberto, he advised I contact your office regarding a bill I am receiving for a section in which I did not participate.

My name is ▮▮▮▮▮▮▮▮▮ and I enrolled in the MBA FP program in May of this year, and completed 1 session. In that session I completed 1 class and began work in a second class. I notified Robert Trent, my Academic Advisor, that due to work priorities I would not be able to continue with the program via voicemail, and then I followed with an email on 8.11.24 He replied on 8.12.24 that I could be  essentially "on hold" for 252 days. We spoke and I indicated that I would like to do that. He expressed that he would place my account in that hold status.

Then I began receiving bills for the second session. Again, I realized within the first 2 weeks of the second class that I would not be continuing the course and made Robert aware. I contacted the Finance department, who indicated they could not remove the charge, but that the Academic Coach could do so.

I scheduled an appt. again with Robert Trent, who cancelled the appt. the morning we were scheduled to speak. I then contacted the Academic Advisers and they arranged for Alberto to call me.

He stated that he believed there was some form I was meant to fill out, which I never received. His concern was that during the crowdstrike situation this summer a number of emails were never delivered and that I potentially may have been a person who was affected. He then indicated my best recourse would be to contact your office.

I sincerely was attempting to cancel the session as I had completed no coursework during the few days that I apparently rolled into the second session as I had begun a class in session 1, and I would appreciate your assistance. I am hopeful that at some point in 2025 I can pick up my studies at Capella again, and had a great experience completing a BS through the FlexPath program in 2014, but unfortunately I am being billed for a session in which I literally had no engagement and attempted to, (and thought I had) withdrawn from.

Many thanks for your attention to this matter.

Cheers,

 🌻

805.217.7136

# EXHIBIT O

Screenshot of Capella University's FlexPath Translated Transcript webpage stating it is "an unofficial document"

TRENT_000056

## View an Unofficial FlexPath Translated Transcript

This resource allows you to view a translation of competency master scores in their approximate traditional letter grade(s) and credits for your FlexPath courses. This is an unofficial document. The official FlexPath transcript should be ordered via Parchment, our partner for secure transcript delivery.

## Request an Unofficial FlexPath Translated Transcript for a 3rd Party

If you should need to provide a full transcript for your employer, when applying for a scholarship, or to another institution – and require traditional letter grades and credits – this transcript translates your program points and competency mastery scores into their approximate letter grade and credits for each course. This is an unofficial document, but is authorized when paired with the Official FlexPath transcript, which can be ordered via Parchment.

## View Competency Map

View your competency scores for your current and previous courses.

**Note: Effective April 1, 2022, Capella University learners can request an official transcript from Capella even if they have outstanding debts to the university.**

# EXHIBIT P

Email from Jana Johns, Program Coordinator, U.S. Army Graduate Program in Anesthesia Nursing (Baylor University), dated 02/10/2025

TRENT_000058

 **Outlook**

---

## MSN transcript issue

| | |
|---|---|
| **From** | ███████████████████████████ |
| **Date** | Wed 3/5/2025 12:01 PM |
| **To** | Trent, Robert <robert.trent@capella.edu> |

---

**This Message Is From an External Sender**
This message came from outside your organization.

Hello Robert. Thank you for your help and for taking the time to get this squared away. To recap, I'm applying to Baylor University's USAGPAN program who unfortunately, will only accept letter grade and GPA scores on transcripts and are unwilling to accept the flex path transcript with the additional translation copy. I've attached a copy of the correspondence from the program coordinator that clearly states it will not be accepted and that a traditional transcript is the only thing they'll accept. Due to this unusual circumstance, I am requesting that an official letter grade transcript be issued and forwarded to the following address :

Baylor University Graduate Admissions
One Bear Place #97264
Waco, Texas 76798-7264

Thank you for your help!

Respectfully,

███████████████████████

Begin forwarded message:

> **From:** "Johns, Jana" <Jana_Johns@baylor.edu>
> **Date:** February 10, 2025 at 13:02:32 PST
> **To:** █████████████████████████████████>, Patrick T SFC USARMY USAREC McLaughlin <patrick.t.mclaughlin.mil@army.mil>
> **Cc:** Houhoulis Kathryn C MAJ USARMY MEDICAL COE <kathryn.c.houhoulis.mil@army.mil>, Ioset Nicole B MAJ USARMY MEDICAL COE <nicole.b.ioset.mil@health.mil>, Johnson Marlon Demetrius 1SG USARMY USAREC <marlon.d.johnson1.mil@army.mil>
> **Subject: Re: MSN transcript**

TRENT_000059

Sebastian,

In order to consider your MSN Capella University degree with traditional grades your school will need to send an **official transcript**. We cannot use additional non-transcript documents (such as the letter you sent showing the "translation" to letter grades, or the *unofficial translated transcript* you sent to me showing letter grades). to then alter an official transcript. If Capella cannot provide an official transcript with letter grades, then your BSN GPA of 3.38 will be the GPA used for your application.

***Respectfully,***
**Jana**

**Jana Johns**
Program Coordinator
U.S. Army Graduate Program in Anesthesia Nursing (USAGPAN)
Louise Herrington School of Nursing
Baylor University
333 N. Washington Avenue, Dallas, TX 75206
**NEW Ph. 254-710-2995**
https://www.baylor.edu/nursing/armydnp/
Jana_Johns@Baylor.edu
Army Baylor Anesthesia Nursing (USAGPAN)  – Professional Licensure Disclosure
Baylor University - Federal Compliance & Student Consumer Information



*"You are not only responsible for what you say, but also for what you do not say."*   Martin Luther

---

**From:** Johns, Jana <Jana_Johns@baylor.edu>
**Sent:** Monday, February 10, 2025 2:31 PM
**To:** Sebastian Chavez <sebastianchavez7@yahoo.com>; Patrick T SFC USARMY USAREC McLaughlin <patrick.t.mclaughlin.mil@army.mil>
**Cc:** Houhoulis Kathryn C MAJ USARMY MEDICAL COE <kathryn.c.houhoulis.mil@army.mil>; Ioset Nicole B MAJ USARMY MEDICAL COE <nicole.b.ioset.mil@health.mil>; Johnson Marlon Demetrius 1SG USARMY USAREC <marlon.d.johnson1.mil@army.mil>
**Subject:** Re: MSN transcript

Sebastian,

I have to check with BU Graduate School to see if they permit the translated version of your MSN Capella transcript. The Cappella official transcript that arrived in your 2026 BU application reflects you flex-path evaluated non-traditional "grade performance" statements, historically we have not accepted "translated" transcripts or if the school does not have an **official transcript showing letter grades** (you sent me, by email, the *unofficial "translated transcript"*. I'm not sure what the reply will be but will let you know.


*Respectfully,*
*Jana*

**Jana Johns**
Program Coordinator
U.S. Army Graduate Program in Anesthesia Nursing (USAGPAN)
Louise Herrington School of Nursing
Baylor University
333 N. Washington Avenue, Dallas, TX 75246
**NEW Ph. 254-710-2995**
https://www.baylor.edu/nursing/armydnp/
Jana_Johns@Baylor.edu
Army Baylor Anesthesia Nursing (USAGPAN) – Professional Licensure Disclosure
Baylor University - Federal Compliance & Student Consumer Information



"You are not only responsible for what you say, but also for what you do not say." Martin Luther

---

**From:** ███████████████████████████
**Sent:** Monday, February 3, 2025 1:06 PM
**To:** Patrick T SFC USARMY USAREC McLaughlin <patrick.t.mclaughlin.mil@army.mil>
**Cc:** Johns, Jana <Jana_Johns@baylor.edu>; Info. Session: Baylor's U.S. Army Grad. Prog. Anesthesia Nursing <JanaJohnsBaylorsUSArmyGradProginAnesthesiaNursing@baylor0.onmicrosoft.com>; Houhoulis Kathryn C MAJ USARMY MEDICAL COE <kathryn.c.houhoulis.mil@army.mil>; Ioset Nicole B MAJ USARMY MEDICAL COE <nicole.b.ioset.mil@health.mil>; Johnson Marlon Demetrius 1SG USARMY USAREC <marlon.d.johnson1.mil@army.mil>
**Subject:** Re: MSN transcript

Official transcripts are currently being processed. The unofficial transcript provided was an update and will serve to translate the official transcript once it's sent.
>
> On Feb 3, 2025, at 10:48, McLaughlin, Patrick T (Mac) SFC USARMY USAREC (USA) <patrick.t.mclaughlin.mil@army.mil> wrote:
>

> Sebastian,
>
> Your transcript needs to be official and signed by the registrar's office.
>
> Kind regards,
>
> SFC Patrick T McLaughlin
> Los Angeles Medical Recruiting Company
> 444 West Ocean Blvd, Suite 522
> Long Beach, CA 90802
> Cell: (702) 351-5790
> Office: (310) 957-2270
> Teams: (520) 673-0623
> patrick.t.mclaughlin.mil@army.mil
> IG: https://nam02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.instagram.com%2Fsfc.mc.usar.recruiter%2F&data=05%7C02%7C
Jana_johns%40baylor.edu%7C09e6f0020df54d03ba3208dd4485e404%7C22d2fb35256a459b
bcf4dc23d42dc0a4%7C0%7C0%7C638742064045488094%7CUnknown%7CTWFpbGZsb3d8e
yJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUI
joyfQ%3D%3D%7C0%7C%7C%7C&sdata=INNm%2FwdfpHCFZXuDwn0sds6kZzO%2BF%2FjY
8tdcvHCATU8%3D&reserved=0
> FB: https://nam02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.facebook.com%2Fsfc.mac.mclaughlin%2F&data=05%7C02%7CJa
na_johns%40baylor.edu%7C09e6f0020df54d03ba3208dd4485e404%7C22d2fb35256a459bb
cf4dc23d42dc0a4%7C0%7C0%7C638742064045508709%7CUnknown%7CTWFpbGZsb3d8ey
JFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIj
oyfQ%3D%3D%7C0%7C%7C%7C&sdata=LcB%2Fgo6D44HZV1xfIPZFen%2F2UxVzn%2BaHGj
Qitms3qwE%3D&reserved=0
> LinkedIn: https://nam02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.linkedin.com%2Fin%2Fpatrickmclaughlin%2F&data=05%7C02%
7CJana_johns%40baylor.edu%7C09e6f0020df54d03ba3208dd4485e404%7C22d2fb35256a45
9bbcf4dc23d42dc0a4%7C0%7C0%7C638742064045520875%7CUnknown%7CTWFpbGZsb3d
8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIld
UIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=T0QmjFU2OwhjtOqTkySopQ4vuZvlWbXyyxi6HY
WFLwA%3D&reserved=0
>
>
>
> -----Original Message-----
> From: ██████████████████████████
> Sent: Sunday, February 2, 2025 8:29 AM
> To: Jana Johns <Jana_johns@baylor.edu>
> Cc: janajohnsbaylorsusarmygradproginanesthesianursing@baylor0.onmicrosoft.com;
Houhoulis, Kathryn C MAJ USARMY MEDICAL COE (USA)
<kathryn.c.houhoulis.mil@army.mil>; Ioset, Nicole B MAJ USARMY MEDICAL COE (USA)
<nicole.b.ioset.mil@health.mil>; Johnson, Marlon Demetrius 1SG USARMY USAREC (USA)
<marlon.d.johnson1.mil@army.mil>; McLaughlin, Patrick T (Mac) SFC USARMY USAREC
(USA) <patrick.t.mclaughlin.mil@army.mil>
> Subject: MSN transcript

> 
> Hello Ms. Johns. Attached is my most recent and now completed transcript for my MSN. Please contact me if you have any questions.
> 
> Very Respectfully,
> 
> ███████████████████████

# EXHIBIT Q

Email from Federal Student Aid confirming receipt of Plaintiff's complaint, Case #27063670, dated
02/07/2025

TRENT_000064

 **Robert Trent <robert.trent0139@gmail.com>**

## FSA Feedback Case: 27063670 thread::ReNTUNj6fxGP_SzgGQ6VmRg::
2 messages

**Federal Student Aid** <customerservice@studentaid.gov>              Fri, Feb 7, 2025 at 10:34 PM
Reply-To: customerservice@studentaid.gov
To: "robert.trent0139@gmail.com" <robert.trent0139@gmail.com>



---

2/7/2025

Hello Robert.

Thank you for contacting the U.S. Department of Education's office of Federal Student Aid regarding your feedback. We will respond and acknowledge receipt of your feedback within the next 15 days.

Your case number is 27063670 for reference.

This is an automatically generated e-mail; please do not reply.



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**Robert Trent** <robert.trent0139@gmail.com>                          Mon, Feb 24, 2025 at 7:46 PM
To: customerservice@studentaid.gov

Hello do you have any updates for this case ?
[Quoted text hidden]

# EXHIBIT R

Email from U.S. Department of Education dated 03/07/2025 confirming forwarding of complaint for review

TRENT_000066

 **Gmail**                                      **Robert Trent <robert.trent0139@gmail.com>**

## FSA Feedback Case: # 27063670 [ thread::ReNTUNj6fxGP_SzgGQ6VmRg:: ]

**Robert Trent** <robert.trent0139@gmail.com>                          Fri, Mar 7, 2025 at 11:07 AM
To: Federal Student Aid Information Center <customerservice@studentaid.gov>

Thank you for your response regarding my complaint against Capella University, case #27063670.

I acknowledge that the Office of Federal Student Aid has closed this case; however, I require immediate clarification on the following:

1. You stated that my concerns have been forwarded to another Business Unit within the Department of Education for research and review.

• Which specific unit is handling this review?

• Who is the point of contact for follow-ups regarding the status and outcome of this review?

2. You also stated that the outcome of this review will not be shared with me.

• What federal statute or policy justifies withholding the findings of a review that directly impacts me?

• If I submit a Freedom of Information Act (FOIA) request, will I be able to obtain documents related to this review?

Additionally, I want to formally state that since filing this complaint, I have experienced heightened scrutiny and adverse employment actions at Capella University, which appear to be retaliatory in nature.

This includes a negative performance review that has blocked me from receiving a merit raise and the denial of an internal job application that would have resulted in a pay increase.

The timing of these actions strongly suggests that my complaint has triggered workplace retaliation.

Given this, transparency regarding your review is essential, as the outcome may have direct legal and professional implications for me. If Capella University is engaged in systematic violations of Title IV regulations and is retaliating against employees who report them, then the Department of Education has an obligation to ensure a fair and accountable process.

I request a response by March 15, 2025, confirming which office is handling this matter and what procedural steps are being taken. If no meaningful response is provided, I will proceed with a formal FOIA request to obtain all internal communications and findings related to this case.

Additionally, I will escalate this matter to Congressional oversight committees and seek a formal hearing on regulatory failures within the Department of Education regarding Title IV enforcement. Please confirm receipt of this request.

Sincerely, Robert Trent

On Fri, Mar 7, 2025 at 10:19 AM Federal Student Aid Information Center <customerservice@studentaid.gov> wrote:

TRENT_000067



3/7/2025

Dear Robert Trent:

Thank you for contacting the U.S. Department of Education's (ED's) office of Federal Student Aid. We have reviewed your complaint in case number #27063670 regarding Capella University.

In your complaint you state that Capella University has systematic inconsistencies, arbitrary enforcement of refunds and withdrawal policies, and violates federal regulations governing Title IV programs. You concerns have been forwarded to another Business Unit within ED for research and review. Please be advised that the outcome of our review will not be shared with you.

We thank you for the information you have provided to our office. Your case with Federal Student Aid has been closed.

Sincerely,

Cecilia Corpus
Office of the Ombudsman


*To respond to this email, please reply to this email thread without modifying the Subject line. That way, your response will automatically attach to your case.*

This email was sent by  Office of Federal Student Aid

U S  Department of Education

400 Maryland Ave  SW,

Washington, DC, 20002, US


If you wish to contact us, please use the StudentAid.gov contact

page. For more information about financial aid, visit StudentAid.gov.

thread::ReNTUNj6fxGP_SzgGQ6VmRg::

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or

TRENT_000068

distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

TRENT_000069

# EXHIBIT V

Academic Coach Job Description in effect during Plaintiff's employment

TRENT_000070



&#x1F464; **Sign In**

**Search for Jobs**

 

# Academic Coach

Apply

&#x1F4CD;  Remote

&#x1F5A5;  Full time

&#x1F552;  Posted 30+ Days Ago

&#x1F4C4;  R25706

The Academic Coach serves as the primary contact for learners from matriculation (orientation) through the completion of their program.  The Academic Coach manages a pipeline of learners by coaching, motivating, mentoring, removing barriers, issue ownership through resolution, strategies for completion, and progress. They help learners clarify key decision-points and identify solutions and alternatives which align with the learners' motivations and goals.  The Academic Coach utilizes strong relationship-building and influencing skills resulting in positive learner behaviors and outcomes, contributing to overall learner success and persistence.

The Academic Coach is responsible for providing personalized interactions to assist learners in successfully navigating the path to achieve their educational goals.   The Academic Coach will provide outreach at key milestones and based on identified behaviors throughout learners' programs to help keep them on track and to assist with overcoming obstacles they encounter.  Each interaction includes exploration of needs and provides personalized solutions to learners to effectively prepare them for long-term success.

The Academic Coach also works with faculty and other University partners to address learner concerns and to collaboratively define options to help learners overcome obstacles and achieve academic success.

**Essential Duties**

- Academic Planning & Engagement
- Assist learners in developing an academic plan that includes all program requirements, enables most direct path to completion, and aligns with their educational and career goals
- Leverage tools, systems and software applications to optimize advising engagement.
- Build a relationship with the learner to encourage learner success and engagement

TRENT_000071

- Utilize program analytics and outreach protocols to drive purpose-driven and transformational conversations.
- Help learners navigate changes in their programs and plans and understand and respond to Capella-initiated changes
- Explore alignment of learner's educational and financial plans in relation to degree completion
- Provide resources and refer learners to university support services
- Assess learner needs in order to help them make fully informed decisions about their pathways as well as challenging them to make progress toward their goals.
- Progress Monitoring & Academic Risk Mitigation
- Proactively reach out to learners identified as at-risk, including but not limited to, lack of engagement, academic standing, pace of progress, course completion, gaps in competency development
- Highlight and address potential barriers that may impact persistence, success and completion
- Encourage learners to develop skills and abilities in direct resolution of challenges and issues; coordinate with faculty, academic leadership and learner-facing team to seek resolution of learner issues.
- Coach learners through disruptive life events and challenges.
- Provide options based on the unique situation.
- Respond to the learner via a wide variety of communication tools and systems including, but not limited to: phone, voicemail, chat, email, casework and social media.
- Collaborate with faculty, chairs and other university leaders in handling escalated learner situations and supporting conflict resolution
- Communication & Interaction
- Respond to the learner via a wide variety of communication tools and systems including, but not limited to: phone, voicemail, chat, email, casework and social media.
- Maintain appropriate and accurate documentation of all learner interactions in accordance with departmental best practices
- Program, Process, and Policy Subject Matter Expertise
- Serve as University Subject Matter Experts concerning programs, processes, and policies in meetings, committees, and informal sessions
- Monitor and communicate trends impacting learner persistence, success, and completion; discuss obstacles and challenges to the learner
- Support development and training for faculty and/or staff regarding programs, process, and policy
- Proactively and respectfully identify and provide insight into program, process and policy opportunities and gaps. Participate in creating solutions in partnership with the key stakeholders once areas of improvement are identified.
- Build trusted professional relationships across the business
- Participate in projects or initiatives that support departmental goals
- Support and participate in departmental and crossfuctional training
- Research and stay abreast of issues and trends in other institutions of higher education.

## Job Skills

- Driving Results:
- Ability to understand key metrics and utilize self-service reporting and tools to monitor and share data.

TRENT_000072

- Ability to drive results in a team-based environment.
- Ability to influence positive learner behaviors and outcomes.
- Thinking and Judgment
- Fundamental understanding of business acumen in order to successfully balance learner and University needs.
- Ability to exercise keen discretion and ethical judgment in responding to complex learner situations.
- Ability to adapt quickly and thrive in a fast-paced, changing professional environment
- Ability to innovate with the purpose of accomplishing key objectives. Willing to take risks.
- Ability to respond positively to consistent change.
- Ability to think critically in order to build plans of action and personalized solutions.
- Comfortable representing a complex program requiring in-depth, specialized knowledge.
- Ability to manage sensitive and confidential information.
- Working with Others
- Ability to prioritize the needs of the learner, and committed to providing an excellent learner experience
- Ability to quickly understand problems and provide proactive solutions.
- Ability to form positive working relationships, foster effective team atmosphere and promote a collaborative environment with the learner, faculty, staff and leadership.
- Ability to work effectively and efficiently with a diverse population
- Ability to manage conflict. Motivated and engaged by frequent and occasionally challenging interactions.
- Ability to develop trust and hold others accountable to commitments.
- Ability to assess challenging situations and effectively communicating with leadership.
- Ability to maintain departmental guidelines for interacting with and responding to learners and Capella stakeholders.
- Managing Self
- Ability to manage time effectively by prioritizing and evaluating work to manage a variety of daily activities.
- Ability to effectively juggle multiple tasks and handle competing priorities
- Ability to demonstrate resilience and respond appropriately to stressful situations
- Ability to be self-aware and behave appropriately with a commitment to continuous self-improvement.
- Ability to self-direct and follow through on assigned tasks while working both independently and collaboratively.
- Motivated in a fast-paced, high intensity environment driven by deadlines.
- Technical Functions and Skills
- Ability to maintain best practices for learner interaction: Each interaction involves discovering needs, understanding the situation, recommending options and customized solutions, determining a way forward, and always engaging and listening to the needs of the learner. Excellent written and verbal communication skills.
- Ability to communicate through a variety of channels/systems.
- Foundational understanding of the advising discipline– both from educational and career perspective.
- Ability to evaluate and learn new computer software applications quickly.

TRENT_000073

- Proficiency in the Microsoft Office Suite, including Word, Excel and Outlook.
- Work/Location Requirements
- Must be able to spend significant time working at a computer and on the phone using a headset.
- Must be flexible in work hours/schedule in order to accommodate learner needs.
- Position may require work above and beyond 40 hours per week during peak periods.

## Work Experience

- Prefer two to four years of professional experience using advanced coaching, critical thinking, and problem solving skills. Experience working with adult learners and/or faculty is preferred

## Education

- Bachelor's degree from an accredited institution required. Master's degree from an accredited institution preferred. Doctoral degree from an accredited institution preferred for Doctoral Advisors. degree from an accredited institution(s) in disciplines such as student development, college student personnel management, education psychology, counseling psychology, social work, student affairs, or higher education are preferred. Specific degree from an accredited institutions may be preferred based on school and program assignment

## Certificates, licenses and registrations

## Other

- Must be able to travel 0-10 % of time.
- Must be able to lift 20lbs.
- Typical office setting.
- Mobility within the office including movement from floor to floor.
- Travel via plane, car, and metro may be required to perform this job.
- Must be able to work more than 40 hours per week when business needs warrant
- Access information using a computer.
- Effectively communicate, both up and down the management chain.
- Effectively cope with stressful situations
- Strong mental acuity
- Regular, dependable attendance and punctuality are essential functions of this job.
- Other essential functions and marginal job functions are subject to modification.

SEI offers a comprehensive package of benefits to employees scheduled 30 hours or more per week. In addition to medical, dental, vision, life and disability plans, SEI employees may take advantage of well-being incentives, parental leave, paid time off, certain paid holidays, tax saving accounts (FSA, HSA), 401(k) retirement benefit, Employee Stock Purchase Plan, tuition assistance as well as entertainment and retail discounts. Non-exempt employees are eligible for overtime pay, if applicable.

[Careers - Our Benefits, Strategic Education, Inc](Careers - Our Benefits, Strategic Education, Inc)

SEI is an Equal Opportunity employer committed to a diverse and inclusive community. We welcome applications from all. While it is not typical for an individual to be hired at or near the top end of the pay range

at SEI, we offer a competitive salary.  The actual base pay offered to the successful candidate may vary depending on multiple factors including, but not limited to, job-related knowledge/skills, experience, business needs, geographical location, and internal pay equity. Our Talent Acquisition Team is ready to discuss your interest in joining SEI. The expected salary range for this position is below.

$21.50 - $32.75 - Hourly

*If you require reasonable accommodations to complete our application process, please contact our Human Resources Department at [Careers@strategiced.com](mailto:Careers@strategiced.com).*

**About Us**



Capella University is a regionally accredited online university that offers online degree programs designed to help working adults advance in their careers. Over 70 percent of Capella students are currently enrolled in master's or doctoral degree programs in business, counseling, education, health administration, human resource management, human services, information technology, nonprofit management and leadership, nursing, psychology, public administration, public health, public safety, and social work. Capella also offers

**Read More** ⌄

Follow Us

workday.

© 2025 Workday, Inc. All rights reserved.

TRENT_000075

# EXHIBIT X

Call Review prepared by Supervisor Dee Olsen regarding Plaintiff's 02/05/2025 call

TRENT_000076

Call feedback Genevieve McCormick 2/5/25

**AC Work From Home Document Expectations**

**Quality Standards excerpts below**

- We are committed to <mark>empowering learners to think proactively about their programs</mark> and <mark>equip them with the necessary tools and resources</mark> to provide a smooth and positive learner experience.

Areas that did not support this requirement:

1. "With Capella a lot is compartmentalized, a lot of people have "not my problem itis."
2. "No one does higher education right. Capella hasn't lived up to the standards."
3. "Do you want to stay in the program you are in? You could probably get an MBA somewhere else."
   a. This is not appropriate. Disparaging Capella violates the AC WFH guide.

4. Learner states role of academic coach and asks for help.
   a. "If the professor is not giving you feedback, if they are ignoring you. You don't have control over this.
   b. You state you've filed complaints but none of it is going to help the learner.
   c. Business school – they expect you to read their minds."
      i. AC's should not be telling learners our instructors expect them to read their minds and that complaints we file will not help them in any capacity. This violates the AC WFH Guide in supporting Capella as an institution and empowering learners to think proactively about their program.
   d. You speak to the learner about instructors and that they doublespeak
      i. "This platform/program will not give you the level of depth you are seeking"
      ii. This is not empowering to the learner.

5. Learner states professors don't care about learners
   a. "Some professors just don't care – sink or swim mentality
   b. No one does higher ed right. Teaching is a punishment.
   c. You might learn something but it's not going to be a productive process.
   d. We (Capella) should be doing better. Don't have expectations. Just how these things are.""
   e. These comments go against the AC WFH guide by disparaging Capella, false statements (no expectations, unproductive process), and creating a sense of hopelessness for the learner.

- <mark>•</mark> We consistently strive to practice transformational coaching methods to help learners reshape reality, <mark>get to the root of the issue, and support finding the way forward.</mark>

Areas that did not support this requirement:

6. "Ambiguity is a soft requirement, your not allowed to talk about it but it's there.
   a. Not a whole lot can be done here
   b. You will continue to run into these hurtles"

TRENT_000077

       c. <span style="color:red">This violates the AC WFH guide. There is a way forward.</span> The learner needs to be directed: whether that be you reaching out to the instructor as the AC, dropping the section, and registering them in a new section, and/or sending them links to grading information on campus.

7. Learner: I feel like you are trying to persuade me out of the program.

    a. "No, You've got to make a decision

        i. Is the situation you are in (instructor not responding, grading does not match comments on scoring guide) does not change would you be ok with that?"

           1. <span style="color:red">This is not appropriate – we have avenues to help learners with this. An unresponsive instructor is not acceptable by Capella standards, yet the learner is being told it is. Again, a path forward is not offered which violates the AC WFH guide.</span>

        ii. Learner states higher expectation should be in place for instructors

           1. "Agree, all of this is outside of my scope as an academic coach to be able to help you with."

              a. <span style="color:red">Not true – you can provide assistance to the learner by contacting instructor, guiding learner to campus, etc.</span>

8. For this program whether you get proficient or distinguished does not matter – a passing grade is a passing grade.

    a. <span style="color:red">Grading is not pass/fail – an understanding of this is required to be a FlexPath coach. Additional training can be provided for this topic.</span>

Learner Feedback:

**Summary of Feedback**

| Please indicate your level of agreement with the following statements. | |
| --- | --- |
| Advising was easy to get in touch with. | Disagree |
| Robert understood the purpose of my call. | Somewhat Agree |
| Robert listened to my input and showed a genuine interest in my specific needs. | Strongly Disagree |
| Robert demonstrated sufficient knowledge to address the purpose of my call. | Strongly Disagree |
| Robert is a helpful, effective advisor whom I would recommend to others. | Strongly Disagree |

| | |
| --- | --- |
| Please provide any additional feedback regarding this call | Hearing my concerns, Robert questioned my motives and encouraged me to drop out of the program. He expressed that Capella University will never be able to provide the learning experience I am seeking, that being a professor is a punishment, and that as a student the expectation is that I will be able to read the professor's mind and should not expect helpful feedback or answers to questions. He communicated that advising is not able to assist with the types of hurdles I am experiencing and that there was no action he can take, so I should just accept the suboptimal situation or leave the university program. |

Way Forward

1. The learner call and feedback has been forwarded to HR for review.
2. They will reach out to early next week and I will let you know the next steps.
3. I want you to know that I did hear, you when you said that you were trying very hard to be empathetic for this learner. The issue is not empathy but the lack of upholding Capella as a reputable institution and the lack of guidance for the learner with next steps.

Please let me know what questions you have Robert.

Thank you,

Dee